Lee M. Weinberg (Cal. SBN 131567)
*lee@weinberg-gonser.com*
Shanen R. Prout, of counsel (Cal. SBN 236137)
*shanen@srplawyer.com*
Bryan B. Bitzer (Cal. SBN 324301)
*bryan@weinberg-gonser.com*
WEINBERG GONSER LLP
10866 Wilshire Blvd., Suite 1650
Los Angeles, CA 90024
Phone: (424) 239-2850

Attorneys for Plaintiff ARYA TOUFANIAN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| ARYA TOUFANIAN, an individual,<br><br>        Plaintiff,<br><br>        v.<br><br>KYLE OREFFICE, an individual; GIVE BACK MEDIA, LLC, a Georgia limited liability company; and DOES 1-10,<br><br>        Defendants. | Case No.:<br><br>**PLAINTIFF ARYA TOUFANIAN'S COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Arya Toufanian alleges:

### JURISDICTION AND VENUE

1.      This Court has original jurisdiction over this case under 28 U.S.C. § 1332. Plaintiff Toufanian is a citizen of the State of California.  Defendant Oreffice is a citizen of the State of Georgia.  Defendant Give Back Media, LLC is registered to conduct

- 1 -

PLAINTIFF'S COMPLAINT

business under and is domiciled in the State of Georgia with its principal place of business therein. The amount in controversy exceeds $75,000, exclusive of interest and costs.

2. Personal jurisdiction over Defendants in this Court is proper because Defendants knowingly and intentionally directed the defamatory publications about Plaintiff alleged below to persons within the State of California, including to Plaintiff's friends, acquaintances, customers, and/or work colleagues. Plaintiff further alleges, on information and belief, that Defendants knew, or had reason to know, that their defamatory publications would or were likely to reach and be read by residents of California.

3. Venue in this Court is proper under 28 U.S.C. § 1391.

## PARTIES

4. Plaintiff Arya Toufanian is an individual permanently residing and working in Los Angeles County, State of California. On information and belief, Plaintiff avers that he and Defendants are business competitors whose advertising and marketing efforts target potential customers of their similar services within the same trade channels.

5. Plaintiff alleges on information and belief that defendant Kyle Oreffice is an individual residing permanently in the State of Georgia, and that Oreffice is and was during all times relevant to this Complaint an owner, manager, and executive officer of defendant Give Back Media, LLC ("GBM"). On information and belief, Plaintiff alleges that, at all times relevant to this Complaint, Oreffice committed the acts complained of herein as an owner, manager and executive officer of GBM, and for the benefit of GBM.

6. Defendant GBM is, and at all times mentioned herein was, a limited liability company formed and domiciled under the laws of the State of Georgia, with its principal place of business in Roswell, Georgia.

7.     This Complaint refers collectively to Oreffice and GBM as "Defendants".

8.     Plaintiff alleges on information and belief that defendants DOES 1 through 10 are not citizens of the State of California.  The true names and capacities of the defendants DOES 1 through 10, inclusive, whether individual, plural, corporate, partnership, associate or otherwise, are not known to Plaintiff, who therefore sues said defendants by such fictitious names.  Plaintiff will seek leave of court to amend this Complaint to show the true names and capacities of DOES 1 through 10, inclusive, when the same have been ascertained.

9.     Plaintiff is also informed and believes and thereon alleges that DOES 1 to 10 were the agents, principals, employees, partners, and/or alter egos of Defendants, at all times herein relevant, and that they are therefore liable for the acts and omissions of Defendants and/or liable directly to Plaintiff for Plaintiff's injuries because of DOES 1 to 10's direct tortious conduct complained of in this Complaint.

## GENERAL ALLEGATIONS

10.     Plaintiff is engaged in the business of providing stock trading information and other data and methods to individual and business customers.  Plaintiff operates several stock information businesses, including through the Instagram page @sensastocks.  On information and belief, throughout 2018 and 2019, Defendants have communicated directly with individuals and businesses through one or more of Defendants' websites published on the Internet and through social media to call Plaintiff a "scammer" and "The Douche of Wall Street".  These individuals and businesses are customers of Plaintiff and/or are or were interested in paying for Plaintiff's services.

### Kyle Oreffice's Defamatory Publications about Toufanian on Quantumstocktrading.com

11.     On information and belief, Defendants are engaged throughout the United States in the business of providing information relating to the purchase and sale of equities. Plaintiff alleges on information and belief that Defendants are the owners and

operators of a Website located at www.quantumstocktrading.com

("Quantumstocktrading.com"), and that Defendants conduct business throughout the

United States under the name Quantumstocktrading.com.  On information and belief,

Defendants also conduct business throughout the U.S. through publications on the

Internet and social media under the moniker "Quantum Stocks".  Plaintiff alleges on

information and belief that defendant Oreffice operates Quantumstocktrading.com and

publishes on that site from his residence and/or principal place of business in the State

of Georgia.

   12. Quantumstocktrading.com's homepage proclaims: "Welcome to Quantum

Stocks.  Our team has successfully demonstrated their trading abilities by helping our

current members make over $100,000 in gains this month alone!!"

   13. Quantumstocktrading.com also includes a published page titled "*The*

*Douche of Wall Street: How Arya Toufanian Scams Innocent Investors*" and can be

found through a link on the site's homepage with the heading "Don't Get Scammed!"

and located online at https://www.quantumstocktrading.com/aryascam/.  Attached

hereto as **Exhibit 1** is a true and correct copy of the page published on

Quantumstocktrading.com.  Exhibit 1 is incorporated herein by this reference and made

a part of this Complaint.  Among other accusations Defendants have stated on

Quantumstocktrading.com, Defendants published the following about Plaintiff:

   • "The owner of I'm Shmacked, Arya Toufanian, is certainly proficient at

taking money from people over the internet through elaborate, hyped-up schemes";

   • "Furthermore, he [Plaintiff] has stolen content from free Discord servers

and posted it in his paid Discord.  The real icing on the cake, however, is the fact that he

claims these are onetime charges – which numerous, numerous members have verified

to be entirely **false**";

   • "Not only did Arya scam his 'students' by charging them thousands to set

up a Shopify store (something anyone can do for free in less than 5 minutes), he went a

step further by creating a pyramid scheme of scams in which his students (unbeknownst to them) were effectively scamming even more people!"

- "Thinking like a real scammer, Arya decided to enter into the stock advice space with his @aryastocks program (formerly @stocks), in which he uses the influence of his I'm Shmacked account to pedal [sic] his 'exclusive' stock advice. The story of these scammy trading servers is long and illustrious. We owe it to the public to expose these elaborate schemes such as this, and have created our program Quantum Stocks with the goal of providing real, time-relevant, valuable trading information to our members. Arya is currently charging brand-new, unsuspecting investors up to $500 (previously up to $1000+) for access to a Discord server with virtually zero activity, with promises of stock scanners and helpful admins that are virtually non-existent. Each package, regardless of price, gets you access to the same chat room… yep, you read that right: the $500 package is IDENTICAL to the $60 option. Furthermore, he has stolen content from free Discord servers and posted it in his paid Discord. The real icing on the cake, however, is the fact that he claims these are one-time charges – which numerous, numerous members have verified to be entirely false, proving that Arya is unresponsive to even the most basic of skepticisms."

14. On information and belief, Plaintiff avers that Defendants published the above statements on or about July 10, 2019.

15. As of the filing of this Complaint, Plaintiff is informed and believes, and alleges thereon, that the above publications remain live on the Internet and accessible and viewable by persons throughout the world.

16. Plaintiff alleges on information and belief that defendant Oreffice authored the above publications and caused them to be published on Quantumstocktrading.com with the knowledge and intent that they would be seen by persons and businesses located throughout the United States, including within California. Plaintiff alleges on information and belief that at the time defendant Oreffice caused the above publications

to be made on his site he was aware or had had reason to know that Plaintiff was a resident of California and/or was conducting business in California.

17.    At all times relevant to this Complaint, defendant Oreffice's entire website has had a nationwide presence in the United States and has been accessible to persons and business located throughout California.  Plaintiff alleges on information and belief that before the filing of this Complaint, certain of Plaintiff's friends, acquaintances, customers and likely customers, and/or work colleagues have been exposed to and/or have read "*The Douche of Wall Street: How Arya Toufanian Scams Innocent Investors*" online, on Instagram, and/or on other social media platforms.

18.    Plaintiff further alleges on information and belief, that those of his friends, acquaintances, customers and likely customers, and/or work colleagues who have been exposed to and/or read "*The Douche of Wall Street: How Arya Toufanian Scams Innocent Investors*" online, on Instagram, and/or on other social media platforms were aware or believe that Plaintiff was in the business of providing information about stock trading very similar to, and competitive with, those offered by Defendants.

### Kyle Oreffice's Defamatory Statements about Toufanian on Facebook and Instagram

19.    Plaintiff further alleges on information and belief that on or around July 13, 2019, Defendants published a post on Facebook that reads "How Arya Toufanian, Owner of the College Brand @ImShmacked has scammed $500k+ from Innocent College Students. Full Story Here:  https://www.quantumstocktrading.com/aryascam/."  Attached hereto as **Exhibit 2** is a true and correct copy of the publication as it appeared on Defendants' Facebook profile.  Exhibit 2 is incorporated herein by this reference and made a part of this Complaint.

20.    Plaintiff further alleges on information and belief that following the above alleged publications on Quantumstocktrading.com, Oreffice also used one or more Instagram accounts created by him to pay for one or more "sponsored" advertisements

that he authored and caused to be published on Instagram that linked to his article on Quantumstocktrading.com titled "*The Douche of Wall Street: How Arya Toufanian Scams Innocent Investors*."  One such post states, "How Arya Toufanian, Owner of the College Brand @ImShmacked, has scammed $500k+ from Innocent College Students. Full Story Here: https://www.quantumstocktrading.com/aryascam/."  Plaintiff alleges on information and belief that Defendants and Instagram allowed the link to be published and made available to Instagram users after Defendants' above alleged publications were made on Quantumstocktrading.com.  Plaintiff also alleges on information and belief that one or more of Oreffice's Instagram advertisement(s) were published at https://www.instagram.com/aryascam/ and used the Instagram handle @aryascam.

21.    As of the filing of this Complaint, Plaintiff is informed and believes, and alleges thereon, that the link to the defamatory article remains active on Instagram and accessible by its users and the public in general through Internet searches.

22.    Plaintiff alleges on information and belief that Oreffice authored the above Instagram advertisement(s) and the link, and he caused them to be published on Instagram with the knowledge and intent that they would be seen by persons and businesses located throughout the United States, including within California.  Plaintiff alleges on information and belief that at the time Oreffice caused the Instagram publication to be made he was aware or had had reason to know that Plaintiff was a resident of California and/or was conducting business in California.

23.    At all times relevant to this Complaint, Oreffice's publication on Instagram has had a nationwide presence in the United States and has been accessible to persons and business located throughout California.  Before the filing of this Complaint, Plaintiff's friends, acquaintances, customers and potential customers, and/or work colleagues read defendant Oreffice's above alleged publications on Instagram.

## FIRST CLAIM FOR RELIEF

### (Libel Per Se against all Defendants)

24.     Plaintiff repeats and re-alleges the allegations set forth above in Paragraphs 1 through 23 inclusive as if set forth fully in this claim.

25.     Plaintiff is a private citizen.  He is the owner and operator of a private business that is neither well-known nor has it achieved any appreciable degree of fame or recognition.

26.     Plaintiff alleges on information and belief that Defendants made the above alleged statements to persons other than Plaintiff, through Defendants' publication of them on the Internet and through Instagram's website and software application.

27.     The third parties who saw or read the defamatory publications reasonably understood that they were about Plaintiff.

28.     The third parties who saw or read the defamatory publications reasonably understood them to mean that Plaintiff was a fraud, Plaintiff was committing scams to wrongfully take other persons' money, and that Plaintiff has "stolen" money from other persons.

29.     Defendants' statements are defamatory per se because they charge Plaintiff with committing a crime, they directly injure or tend to directly injure Plaintiff concerning his profession, trade or business by imputing to him disqualification in those respects that his occupation peculiarly requires, and they tend directly to injure Plaintiff by imputing to his business ill repute, unethical behavior, and immorality that have a natural and obvious tendency to diminish the reputation and profitability of Plaintiff's business.

30.     Defendants failed to use reasonable care under the circumstances to determine the truth or falsity of their publications.  Their publications lack evidentiary support.

31.    As a proximate result of Defendants' defamatory publications, Plaintiff has been injured because he has suffered unjust embarrassment, shame, mortification, and/or hurt feelings, the loss of his reputation, the loss of business and income in excess of $75,000.  Plaintiff alleges on information and belief that Defendants' statements have had the effect of discouraging businesses from dealing with Plaintiff, by lowering his reputation and deterring other persons and businesses from dealing with him.

32.    Defendants' publications were a direct and substantial factor in causing Plaintiff's harm.

33.    Defendants made the above alleged statements knowingly and intentionally, with malice, and without any evidence to support them or recklessly without first conducting a reasonable and sufficient investigation into whether their publications were true or false.  Defendants published their statements with a conscious disregard of Plaintiff's rights, and with the intent to vex, injure or annoy Plaintiff.  As such, Plaintiff is entitled to an award of exemplary or punitive damages against Defendants.

34.    Defendants' statements have irreparably harmed and, if not enjoined, will continue to irreparably harm Plaintiff and his business reputation.

35.    By reason of Defendants' acts, Plaintiff's remedy at law is not adequate to compensate for the injuries inflicted by Defendants.  Accordingly, Plaintiff is entitled to entry of a temporary restraining order and preliminary and permanent injunctive relief against Defendants.

## SECOND CLAIM FOR RELIEF

### (Libel Per Quod against all Defendants)

36.    Plaintiff repeats and re-alleges the allegations set forth above in Paragraphs 1 through 23 inclusive as if set forth fully in this claim.

37.     Plaintiff is a private citizen.  He is the owner and operator of a private business that is neither well-known nor has it achieved any appreciable degree of fame or recognition.

38.     Plaintiff alleges on information and belief that Defendants made the above alleged statements to persons other than Plaintiff, through Defendants' publication of them on the Internet and through Instagram's website and software application.

39.     The third parties who saw or read the defamatory publications reasonably understood that they were about Plaintiff.

40.     The third parties who saw or read the defamatory publications reasonably understood them to mean that Plaintiff was a fraud, Plaintiff was committing scams to wrongfully take other persons' money, and that Plaintiff has "stolen" money from other persons.

41.     Defendants' statements are defamatory because they charge Plaintiff with committing a crime, they directly injure or tend to directly injure Plaintiff concerning his profession, trade or business by imputing to him disqualification in those respects that his occupation peculiarly requires, and they tend directly to injure Plaintiff by imputing to his business ill repute, unethical behavior, and immorality that have a natural and obvious tendency to lessen diminish the reputation and profitability of Plaintiff's business.

42.     In light of the facts and circumstances known to the reader(s) of the publications made by Defendants, such publications exposed Plaintiff to unjust embarrassment, hatred, contempt, ridicule or obloquy, because they challenge his business ethics, accuse him of immorality and crimes, and falsely claim he is associated or affiliated with illegal or unlawful conduct.  Defendants' statements have also caused Plaintiff to be shunned or avoided, and such statements have a tendency to injure him in his occupation and injure business reputation.

43.     Defendants failed to use reasonable care under the circumstances to determine the truth or falsity of their publications.  Their publications lack evidentiary support.

44.     As a proximate result of Defendants' defamatory publications, Plaintiff has been injured because he has suffered unjust embarrassment, shame, mortification, and/or hurt feelings, the loss of his reputation, the loss of business and income in excess of $75,000.  Plaintiff alleges on information and belief that Defendants' statements have had the effect of discouraging businesses from dealing with Plaintiff, by lowering his reputation and deterring other persons and businesses from dealing with him.

45.     Defendants' publications were a substantial factor in causing Plaintiff harm.

46.     Defendants made the above alleged statements knowingly and intentionally, with malice, and without any evidence to support them or recklessly without first conducting a reasonable and sufficient investigation into whether their publications were true or false.  Defendants published their statements with a conscious disregard of Plaintiff's rights, and with the intent to vex, injure or annoy Plaintiff.  As such, Plaintiff is entitled to an award of exemplary or punitive damages against Defendants.

47.     Defendants' statements have irreparably harmed Plaintiff and, if not enjoined, will continue to irreparably harm Plaintiff and his business reputation.

48.     By reason of Defendants' acts, Plaintiff's remedy at law is not adequate to compensate for the injuries inflicted by Defendants.  Accordingly, Plaintiff is entitled to entry of a temporary restraining order and preliminary and permanent injunctive relief against Defendants.

### THIRD CLAIM FOR RELIEF
**(Unfair Competition in Violation of Cal. Bus. & Prof. Code § 17200 et seq. against all Defendants)**

49.     Plaintiff repeats and re-alleges the allegations set forth above in Paragraphs 1 through 48 inclusive as if set forth fully in this claim.

50.     As set forth above, Plaintiff is informed and believes, and thereupon avers, that Defendants intentionally and wrongfully published defamatory statements about Plaintiff.  Defendants' wrongful publications constitute unlawful and unfair business acts or practices within the definition of California Business & Professions Code section 17200 et seq.

51.     Defendants have intended their conduct to give themselves an unfair advantage over Plaintiff and to destroy his business and tarnish his business reputation. Defendants' conduct has constituted and resulted in their engaging in unlawful, predatory competition, that has adversely affected, and continues to adversely affect, Plaintiff's reputation and goodwill.

52.     Defendants made their publications intentionally and maliciously, each of which constituted wrongful acts in violation of California Business and Professions Code §17200, et seq.  Defendants made the above alleged publications with the knowledge and intent that they would be read and seen by members of the public who considered, or were at the time of the publications considering, whether to pay Plaintiff compensation for his offerings, which offerings were in competition with Defendants' offerings, to the same or similar existing and potential customers.

53.     Plaintiff alleges on information and belief that Defendants' defamatory publications have caused Plaintiff to suffer unjust embarrassment, shame, mortification, and/or hurt feelings, the loss of Plaintiff's reputation, and the loss of business and income to Plaintiff in excess of $75,000.  Plaintiff alleges on information and belief that Defendants' statements have had the effect of discouraging existing and potential customers from dealing with Plaintiff by lowering his reputation and deterring such customers and potential customers from dealing with him.

PLAINTIFF'S COMPLAINT

54.    Plaintiff is also informed and believes, and thereupon avers, that Defendants have been unjustly enriched, to the corresponding detriment of Plaintiff, as a result of their wrongful and intentional conduct.  Under Bus. & Prof. Code §17203, Plaintiff, is therefore entitled to restitutionary relief equal to the improper gains Defendants achieved at Plaintiff's expense.

55.    Defendants' defamatory publications have directly and proximately caused Plaintiff's injuries alleged in this Complaint.

56.    Plaintiff is further informed and believes, and thereupon avers, that Defendants' wrongful acts are ongoing and certain to continue.  Defendants have not removed the above alleged defamatory publications from the Internet or social media and those publications continue to be viewable to and viewed by the public.  Defendants wrongful acts will, unless restrained, cause irreparable damage to Plaintiff.

57.    For such current and future wrongful conduct by Defendants, which is certain to inflict serious harm to Plaintiff, there exists no adequate remedy at law. Pursuant to Bus. & Prof. Code §17203, Plaintiff is therefore further entitled to preliminary and permanent injunctive relief against Defendants to prohibit such certain harm.  In the alternative, Plaintiff would be forced to maintain an unreasonable and uneconomical multiplicity of judicial proceedings to protect its interests.

## **PRAYER FOR RELIEF**

Plaintiff Arya Toufanian prays for judgment on all of his claims against Defendants, as follows:

1.    For compensatory damages of no less than $1,000,000, in an amount to be proven at trial;

2.    For punitive and/or exemplary damages in an amount to be determined at trial;

3.    For prejudgment interest accrued on all sums of damages;

PLAINTIFF'S COMPLAINT

4.     For a permanent injunction enjoining and restraining Defendants and their respective agents, servants, employees, successors and assigns, and all other persons acting in concert with, in conspiracy with, or affiliated with Defendants, from making false and/or defamatory statements regarding Plaintiff;

5.     For costs of suit incurred;

6.     For all of Plaintiff's reasonable attorneys' fees incurred in prevailing on its claims; and,

7.     For such other and further relief as this case warrants and the Court deems just and proper, including costs for corrective advertising or publications to members of the public through the Internet and on social media platforms.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial on all claims and issues raised in the parties' pleadings.

Dated:  September 12, 2019                    WEINBERG GONSER LLP

By:  /s/ Shanen R. Prout
Lee M. Weinberg
Shanen R. Prout
Bryan B. Bitzer
Attorneys for Plaintiff
ARYA TOUFANIAN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

PLAINTIFF'S COMPLAINT



## The Beginning: I'm Shmacked

If you have recently attended or graduated from College, you have likely heard of the viral Instagram account titled "I'm Shmacked". This page, whose first college party video was published in 2012, quickly gained thousands upon thousands of followers and became the de-facto page for

EXHIBIT 1

impressionable college kids to look at who were looking to have a good time while they attended college. The page was even featured in the New York Times. It wasn't just videos though; I'm Shmacked also began to host events like this and like this, where they quickly gained a reputation for inciting riots and selling tickets to events without even having a venue, among other things. Despite these facts, the "I'm Shmacked" Instagram account is *still* Verified, with 1 million followers as of writing.

> **"Essentially, the night proved to be nothing much more than a standard college party. Videos online make a viewer expect an entirely new experience with the I'm Shmacked tour, but those at the party likely left disappointed. James Prusha, administrative lieutenant for the Kent Police Department, said prior to the event, he heard representatives from other cities say the event is not as big of a deal as the promoters of the video make it seem, and it appears Prusha was right."**
>
> **– Jimmy Miller of KentWired.com**

## Getting Scammier...

The owner of I'm Shmacked, Arya Toufanian, is certainly proficient at taking money from people over the internet through elaborate, hyped-up schemes. While still having the influence of a Verified Instagram account, but clearly lacking in the event-planning arena, Arya has found other ways to spread his brand. There are incidents of an I'm Shmacked "Ambassador" program, whereby the official I'm Shmacked Instagram account will reach out to users and ask them to pay between $300 to $1000 to be a part of their "Ambassador" program. While Arya has used his usual tactics to keep details of the Ambassador program under wraps (users were contacted via DM), the fact remains that having to *pay* to work for somebody is synonymous with multi-level marketing – everybody's favorite knife-selling part-time jobs that are directed mostly at college students. While material facts and details from this incident are sparse, Quantum was able to find an exclusive inside source who was able to verify that the Ambassador program was, in fact, a scam.

EXHIBIT 1

The Douche of Wall Street: How Arya Toufanian Scams Innocent Investors » Quantum Stock Trading



## Arya Toufanian: Discord Madmin

UPDATED 7/10/19: Arya is back with another scam program on instagram. Now the handle is @sensastocks. Make no mistake, this is the exact same scam, back for round 3 – in fact, the logo hasn't even changed!

Thinking like a real scammer, Arya decided to enter into the stock advice space with his @aryastocks program (formerly @stocks), in which he uses the influence of his I'm Shmacked account to pedal his "exclusive" stock advice.  The story of these scammy trading servers is long and illustrious. We owe it to the public to expose these elaborate schemes such as this, and have created our program Quantum Stocks with the goal of providing real, time-relevant, valuable trading information to our members. Arya is currently charging brand-new, unsuspecting investors up to $500 (previously up to $1000+) for

EXHIBIT 1

access to a Discord server with virtually zero activity, with promises of stock scanners and helpful admins that are virtually non-existent. Each package, regardless of price, gets you access to the same chat room... yep, you read that right: the $500 package is IDENTICAL to the $60 option. Furthermore, he has stolen content from *free* Discord servers and posted it in his paid Discord. The real icing on the cake, however, is the fact that he claims these are one-time charges – which numerous, numerous members have verified to be entirely **false,** proving that Arya is unresponsive to even the most basic of skepticisms.

Also worth nothing is his former @aryateaches program, in which he would charge his "students" as much as $1500 to "teach" them how to use Shopify. As you can probably infer by this point, there was nothing but disappointment and confusion following the launch of @aryateaches. Upon receiving thousands of dollars from each "student," Arya quite literally had them peddling an Instagram bot which he claimed was proprietary (but in reality costs $5 month from an outside source) for upwards of $99 per month. Think about this for a second. Not only did Arya scam his "students" by charging them thousands to set up a Shopify store (something anyone can do for free in less than 5 minutes), he went a step further by creating a pyramid scheme of scams in which his students (unbeknownst to them) were effectively scamming even more people!

Enter Quantum Stocks, a trusted resource for education and camaraderie among like-minded traders. It has been our duty since day one to provide our members with quality information and services at a reasonable price to foster a community of winning traders. We are tired of seeing innocent victims get scammed by Arya Toufanian, and will not stop spreading awareness to the matter until he is unable to scam again. Our Quantum Stocks chat room is free to join for those who are skeptical (and rightfully so) as a result of scams like Arya's, with the option to upgrade to a premium role later if you are satisfied with what we have to offer. Our premium membership includes daily watch lists and buy/sell alerts, live streams of our custom Trade Ideas scanners, active chat rooms for each type of trading, daily insights from our team of successful traders, carefully selected educational resources, and much more. For those of you who have been scammed by Arya, we created a guide on how to get your money back, which we offer for free in our Discord server as well, and have helped countless people recover the funds that were stolen from them.



EXHIBIT 1

*Investors should be aware that fraudsters may use social media to impersonate an established source of market information… When you receive investment information through social media, verify the identity of the underlying source.*

*— SEC.gov*



As law-abiding traders, and law-abiding citizens of the United States of America, Quantum Stocks owes a public duty to the Securities and Exchange Commission – to uphold their warnings and recommendations in order to protect the honest, hard-working investors that have decided to build a brighter future for themselves through financial education. Arya Toufanian, we know you will read this. All we want to do is teach people. Leave the stock trading Discord space ALONE and let the real adults take care of it.

Please browse this *extensive* library of screenshot proof that Arya is scamming people to this day

(usernames and profile pictures have been redacted to protect the victims' privacy)



EXHIBIT 1



EXHIBIT 1



EXHIBIT 1



# Have you been personally affected by Arya Toufanian? Stay in touch with us below.

EXHIBIT 1

# Access Our Discord Server

A community of like-minded, winning traders with coverage of a variety of markets including stocks, options, and cryptocurrency,

FREE 24-hour Premium Trial

# Send us an email

Does your story need to be heard by somebody that will actually listen? Send us an email below.

Name

Email Address

Message

3 + 6 =

Submit

# Follow Us

EXHIBIT 1

9/6/2019    The Douche of Wall Street: How Arya Toufanian Scams Innocent Investors » Quantum Stock Trading



View Terms and Conditions    Don't Get Scammed!

Copyright © 2019 Quantum Stock Trading. All Rights Reserved.

EXHIBIT 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

PLAINTIFF'S COMPLAINT



EXHIBIT 2