Lee M. Weinberg (Cal. SBN 131567)
*lee@weinberg-gonser.com*
Shanen R. Prout, of counsel (Cal. SBN 236137)
*shanen@weinberg-gonser.com*
Bryan B. Bitzer (Cal. SBN 324301)
*bryan@weinberg-gonser.com*
WEINBERG GONSER LLP
10866 Wilshire Blvd., Suite 1650
Los Angeles, CA 90024
Phone: (424) 239-2850

Attorneys for Plaintiff ARYA TOUFANIAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| ARYA TOUFANIAN, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>KYLE OREFFICE, an individual; GIVE BACK MEDIA, LLC, a Georgia limited liability company; and DOES 1-10,<br><br>            Defendants. | Case No.: CV 19-7934-DMG (SSx)<br><br>**PLAINTIFF ARYA TOUFANIAN'S RESPONSE TO OSC RE: DISMISSAL FOR LACK OF PROSECUTION**<br><br>[Filed concurrently with Declaration of Bryan B. Bitzer]<br><br>Case filed: September 12, 2019<br>Trial: not yet set |

Plaintiff Arya Toufanian submits this response to the Court's December 12, 2019 Order to Show Cause Re: Dismissal for Lack of Prosecution [Doc. 9].

On September 12, 2019, plaintiff Arya Toufanian filed his Complaint in this case. The next day, this Court issued a Summons to the defendants Kyle Oreffice and Give Back Media, LLC. Plaintiff's counsel promptly sent the Summons and Complaint to

their process serving company, OneLegal, for service of process.  *See* Declaration of Bryan B. Bitzer ("Bitzer Decl."), ¶ 4, Ex. A; ¶ 5, Ex. B.

Plaintiff believes that it has acted with due diligence to cause service of process on Defendants.  The failure to file a proof of service of summons is due to Plaintiff's inability, despite numerous efforts from registered process servers, to personally serve Defendants with the Summons and Complaint.  *See* Bitzer Decl., ¶ 6, Ex. C; ¶ 7, Ex. D. The first address that Plaintiff had used for service is no longer current.  Upon conducting a subsequent investigation to learn Defendants' current whereabouts, and then attempting service at that address, Plaintiff learned from its process server that Defendants were likely evading personal service at the new address.  *Id*., ¶¶ 8-11; ¶ 12, Ex. G.  Defendant Oreffice has conceded that he is willfully trying to evade service in an effort to increase Plaintiff's costs.  *Id*., ¶13, Ex. H.

Plaintiff recently mail served Defendants with the form Notice of Lawsuit and Request for Waiver of Service of Summons and Waivers of Service of Summons.  *Id*., ¶ 16, Ex. I. Defendants have until January 16, 2020 to return signed waivers and receive the benefits of FRCP rule 4.  Should they fail to do so, Plaintiff will then resort finally to service by publication.

Plaintiff wishes to timely prosecute this case.  He and his counsel will continue to work diligently and expeditiously to ensure that Defendants are served with the Summons and Complaint as soon as possible.  Plaintiff asks the Court for at least ninety (90) days to do so.  Plaintiff respectfully requests that the Court not dismiss this action.

Dated:  December 17, 2019            WEINBERG GONSER LLP

By:  /s/ *Bryan B. Bitzer*
        Lee M. Weinberg
        Shanen R. Prout
        Bryan B. Bitzer
        Attorneys for Plaintiff
        ARYA TOUFANIAN