1  Lee M. Weinberg (Cal. SBN 131567)
   *lee@weinberg-gonser.com*
2  Shanen R. Prout, of counsel (Cal. SBN 236137)
   *shanen@weinberg-gonser.com*
3  Bryan B. Bitzer (Cal. SBN 324301)
4  *bryan@weinberg-gonser.com*
   WEINBERG GONSER LLP
5  10866 Wilshire Blvd., Suite 1650
6  Los Angeles, CA 90024
   Phone: (424) 239-2850
7

8  Attorneys for Plaintiff ARYA TOUFANIAN

9
                    UNITED STATES DISTRICT COURT
10
         CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION
11

12  | ARYA TOUFANIAN, an individual, | Case No.: 2:19-cv-07934-DMG-SS |
13  |                                  |                                |
    |          Plaintiff,              | **DECLARATION OF BRYAN B.** |
14  |                                  | **BITZER IN SUPPORT OF** |
    |          v.                      | **PLAINTIFF'S RESPONSE TO** |
15  |                                  | **ORDER TO SHOW CAUSE RE:** |
16  | KYLE OREFFICE, an individual; GIVE | **DISMISSAL FOR LACK OF** |
17  | BACK MEDIA, LLC, a Georgia limited | **PROSECUTION** |
    | liability company; and DOES 1-10, |                                |
18  |                                  | Case filed: September 12, 2019 |
19  |          Defendants.             | Trial: not yet set |
20
21
22         I, Bryan B. Bitzer, declare as follows:
23         1.      I am an attorney of record for Plaintiff Arya Toufanian ("Plaintiff") in
24  the above action.  I am over the age of 18.  I have personal knowledge of the matters
25  stated herein, and if called as a witness I could and would testify competently as to
26  those matters.  I submit this declaration in support of Plaintiff's Response to the
27  Court's Order to Show Cause Re: Dismissal for Lack of Prosecution.
28
                                       1

2.      On September 12, 2019, I caused Plaintiff's Complaint to be filed in the U.S. District Court for the Central District of California.

3.      On September 13, the Court issued a 21-Day Summons as to defendants Kyle Oreffice and Give Back Media, LLC.

4.      On September 13, I submitted a service of process order with OneLegal to serve Give Back Media, LLC through its registered agent, Kyle Oreffice at the address registered with the Georgia Secretary of State: 3202 Alston Ct. NE, Roswell, Georgia 30075.  A true and correct copy of the service order is attached hereto as **Exhibit A**.

5.      On September 13, I submitted a service order with OneLegal to serve Kyle Oreffice in his personal capacity at 3202 Alston Ct. NE, Roswell, Georgia 30075, that information online indicated was a residence.  A true and correct copy of that service order is attached hereto as **Exhibit B**.

6.      On September 21, I received an email from a representative from OneLegal stating that initial attempts to serve both Defendants at 3202 Alston Ct. NE, Roswell, Georgia 30075 had been unsuccessful.  A true and correct copy of my correspondence with the representative from OneLegal is attached hereto as **Exhibit C**.

7.      On or around September 21, I received a non-service report from OneLegal.  A true and correct copy of the non-service report is attached hereto as **Exhibit D**.

8.      On October 7, I engaged the services of a private investigator to track down Kyle Oreffice's current residential or work addresses.

9.      On October 9, the private investigator delivered a report to me, which showed that Kyle Oreffice currently resided at 1031 Davison Lane, Greensboro, Georgia 30642.

10.     That same day, I submitted a service order with OneLegal to serve Give

2

DECLARATION OF BRYAN B. BITZER

Back Media, LLC through its registered agent, Kyle Oreffice, at 1031 Davison Lane, Greensboro, Georgia 30642.  A true and correct copy of the service order is attached hereto as **Exhibit E**.

11.     On October 9, I also submitted a service order with OneLegal to serve Kyle Oreffice in his personal capacity at the same address.  A true and correct copy of that service order is attached hereto as **Exhibit F**.

12.     On October 15, I received a message from OneLegal stating that service on both Defendants had again failed.  A true and correct copy of each service report is attached hereto as **Exhibit G**.

13.     On or around October 23, Plaintiff's father sent my office a copy of an Instagram conversation between defendant Oreffice and a friend of Plaintiff, in which Oreffice admitted, "my lawyers told me if i [sic] evade his process server I can cost him money by having to serve me again and again so that's what i've [sic] been doing lol."  A true and correct copy of the conversation that Plaintiff's father provided to me is attached hereto as **Exhibit H**.

14.     I am unaware of any person currently acting as Defendants' legal counsel in this case and have not communicated with any person purporting to be Defendants' legal counsel.

15.     Between the end of October and early December Plaintiff's co-counsel of record and I discussed the most efficient way to cause service of process on Defendants.

16.     On December 16, my office served on both Defendants by first class mail to the known current address for them this Court's form Notice of Lawsuit and Request for Waiver of Service of Summons and the Waivers of Service of Summons. Attached hereto as **Exhibit I** are true and correct copies of those documents served.

DECLARATION OF BRYAN B. BITZER

1
2

       I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

3
4

 DATED:  December 17, 2019

5
6

_____

    Bryan Bitzer

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

DECLARATION OF BRYAN B. BITZER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# EXHIBIT "A"

26
27
28

DECLARATION OF BRYAN B. BITZER



**Confirmation #:** 23063439
**Case Title:** Arya Toufanian v. Kyle Oreffice

Thank you for choosing One Legal. If you have any questions about this order, please email us at support@onelegal.com.

## CASE INFORMATION

| | |
|---|---|
| **Court Name:** | United States District Court, Central District of California |
| **Court City/ZIP:** | Los Angeles 90012 |
| **Case #:** | 2:19-cv-07934-DMG-SS |
| **Plaintiff:** | Arya Toufanian |
| **Defendant:** | Kyle Oreffice |
| **Representing:** | Petitioner |

## ORDER DETAILS

| | |
|---|---|
| **Order Type:** | Serve |
| **Date/Time Submitted:** | 9/13/2019 10:34 AM PT |
| **Contact Name:** | Bryan Bitzer |
| **Attorney Name:** | none |
| **Email Notification:** | Contact |

## DOCUMENTS

| Document Type | Document Title | Pages Uploaded | Pages to Fax | Total Pages |
|---|---|---|---|---|
| Summons | Summons | 48 | 0 | 48 |
| Confirmation Report | Confirmation Report | 2 | 0 | 2 |

## SERVICE OF PROCESS

| | | |
|---|---|---|
| **Process Serving Order #:** | 13766815 | **Address: Business** |
| **Service Level:** | Three Day | |
| **Party to Serve:** | Kyle Oreffice | 3202 Alston Ct, NE, Roswell, GA 30075 |
| **Last Day to Serve:** | 9/18/2019 | |

| | | |
|---|---|---|
| **Process Serving Order #:** | 13766816 | **Address: Business** Give Back Media, LLC |
| **Service Level:** | Three Day | |
| **Party to Serve:** | Give Back Media, LLC | 3202 Alston Ct, NE, Roswell, GA 30075 |
| **Agent for Service:** | Kyle Oreffice | |
| **Last Day to Serve:** | 9/18/2019 | |

Copyright © 2019 One Legal LLC • www.onelegal.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT "B"

27
28

6



**Confirmation #:**  23063439
**Case Title:**  Arya Toufanian v. Kyle Oreffice

Thank you for choosing One Legal. If you have any questions about this order, please email us at support@onelegal.com.

## CASE INFORMATION

| | |
|---|---|
| **Court Name:** | United States District Court, Central District of California |
| **Court City/ZIP:** | Los Angeles 90012 |
| **Case #:** | 2:19-cv-07934-DMG-SS |
| **Plaintiff:** | Arya Toufanian |
| **Defendant:** | Kyle Oreffice |
| **Representing:** | Petitioner |

## ORDER DETAILS

| | |
|---|---|
| **Order Type:** | Serve |
| **Date/Time Submitted:** | 9/13/2019 10:34 AM PT |
| **Contact Name:** | Bryan Bitzer |
| **Attorney Name:** | none |
| **Email Notification:** | Contact |

## DOCUMENTS

| Document Type | Document Title | Pages Uploaded | Pages to Fax | Total Pages |
|---|---|---|---|---|
| Summons | Summons | 48 | 0 | 48 |
| Confirmation Report | Confirmation Report | 2 | 0 | 2 |

## SERVICE OF PROCESS

| | | | |
|---|---|---|---|
| **Process Serving Order #:** | 13766815 | **Address: Business** | |
| **Service Level:** | Three Day | | |
| **Party to Serve:** | Kyle Oreffice | 3202 Alston Ct, NE, Roswell, GA 30075 | |
| **Last Day to Serve:** | 9/18/2019 | | |

| | | | |
|---|---|---|---|
| **Process Serving Order #:** | 13766816 | **Address: Business** | |
| **Service Level:** | Three Day | Give Back Media, LLC | |
| **Party to Serve:** | Give Back Media, LLC | 3202 Alston Ct, NE, Roswell, GA 30075 | |
| **Agent for Service:** | Kyle Oreffice | | |
| **Last Day to Serve:** | 9/18/2019 | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT "C"

27
28

DECLARATION OF BRYAN B. BITZER

**Subject:** RE: One Legal Order status 13766816 (KYLE OREFFICE and GIVE BACK MEDIA, LLC ET AL)
**Date:** Monday, September 23, 2019 at 10:27:15 AM Pacific Daylight Time
**From:** Ruth Jhade Derival
**To:** Bryan Bitzer
**CC:** Service Center

I understand. We will keep the order open until Wednesday 9/25.

Thank you,

RJ

---

**From:** Bryan Bitzer <Bryan@Weinberg-Gonser.com>
**Sent:** Monday, September 23, 2019 10:22 AM
**To:** Ruth Jhade Derival <rjderival@onelegal.com>
**Cc:** Service Center <servicecenter@onelegal.com>
**Subject:** Re: One Legal Order status 13766816 (KYLE OREFFICE and GIVE BACK MEDIA, LLC ET AL)

We are currently working to find a new address; so we'd like to keep the order open until we can do so.

Thanks

-Bryan

---

**From:** Ruth Jhade Derival <rjderival@onelegal.com>
**Date:** Saturday, September 21, 2019 at 11:28 AM
**To:** Bryan Bitzer <Bryan@Weinberg-Gonser.com>
**Cc:** Service Center <servicecenter@onelegal.com>
**Subject:** One Legal Order status 13766816 (KYLE OREFFICE and GIVE BACK MEDIA, LLC ET AL)

Hello,

I wanted to ask you how you would like us to proceed next with this order. The server stated: "The current resident and her family moved into this home in May and does not know the defendant but did inform me that she was told that he moved to North Carolina. Her claimed seemed to be credible."

Would you like us to attempt at a different address? Please know additional fees will incur. Please know to submit a new order if you would like us to attempt a new address in a different State.

How would you like us to proceed? Please let us know by end of business day Wednesday September 25th, if not, we will proceed then with the Non-Service Report for you.

Thank you,

RJ

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT "D"

27
28

DECLARATION OF BRYAN B. BITZER

**CONFIRMATION For Process Serving**

# ONE LEGAL LLC



### This is not an Invoice

| | | | |
|---|---|---|---|
| **ONE LEGAL CONFIRMATION FOR ORDER NO.:** | **13766816** | **DATE:** | |

| | | |
|---|---|---|
| **Customer:** Weinberg Gonser LLP | **Attorney:** none | |
| **Customer No.:** 0112943 | **Attorney e-mail:** | |
| **Address:** Los Angeles, CA 90024 | **Contact:** Bryan Bitzer | |
| | **Contact e-mail:** bryan@weinberg-gonser.com | |
| | **Contact Phone:** (424) 239-2857 | |
| | **Contact Fax:** | |
| | **Law Firm File No.:** | |

**CASE INFORMATION:**

**Case Number:** 2:19-cv-07934-DMS-SS
**County:** Los Angeles
**Court:** United States District Court, Central District of California
**Case Short Title:** Arya Toufanian vs. Kyle Oreffice

| **DOCUMENTS RECEIVED:** | **No. Docs:** 6 | **No. Pgs:** 48 |
|---|---|---|

Summons, Complaint, Civil Cover Sheet, Certificate and Notice of Interested Parties, Notice of Assignment to United States Judges, Initial Standing Order

Party to Serve: Give Back Media, LLC          Service Address: 3202 Alston Ct, NE
                                                                Roswell, GA 30075

### Confirmation Report. DO NOT PAY. An Invoice will be sent later.

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status:     Failed | Notary | 15.00 |
| | Additional Service Attempts - Three Day | 75.00 |
| Hello, | Process Serving Area Surcharge | 105.00 |
| I wanted to ask you how you would like us to proceed next with this order. The server stated: "The current resident and her family moved into this home in May and does not know the defendant but did inform me that she was told that he moved to North Carolina. Her claimed seemed to be credible." | | |
| Would you like us to attempt at a different address? Please know additional fees will incur. Please know to submit a new order if you would like us to attempt a new address in a different State. | | |
| How would you like us to proceed? Please let us know by end of business day Wednesday September 25th, if not, we will proceed then with the Non-Service Report for you. | | |
| Thank you, | | |
| RJ | | |
| Please hold until at least 9/26. Thank you. | | |

| **Services will be invoiced later.** | **DO NOT PAY NOW.** | **Total:** 195.00 |
|---|---|---|

UPON RECEIPT, PLEASE REVIEW AND CONFIRM THAT THE ATTACHED DOCUMENTS ARE TRUE AND CORRECT. IF THERE IS AN ERROR OR OMISSION PLEASE CONTACT CUSTOMER SUPPORT IMMEDIATELY.
Customer Support I Ph:  1-800-938-8815

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| none , none<br>Weinberg Gonser LLP<br>10866 Wilshire Blvd., #1650<br>Los Angeles, CA 90024 | | (424) 239-2857 | |
| ATTORNEY FOR *(Name)*: Petitioner | | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Central District of California
350 W. First Street
Los Angeles, CA 90012

PLAINTIFF:

Arya Toufanian

DEFENDANT:

Kyle Oreffice

| **NON SERVICE REPORT** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>2:19-cv-07934-DMS-SS |
|---|---|---|---|---|

I am and was on the dates herein mentioned a citizen of the United States, over 18 years of age and not a party to this action, and I received copies of the following:

Summons, Complaint, Civil Cover Sheet, Certificate and Notice of Interested Parties, Notice of Assignment to United States Judges, Initial Standing Order

After due search, careful inquiry and diligent attempts at the following address(es), I have been unable to effect service of said process on:
Give Back Media, LLC

(1)Business: Give Back Media, LLC 3202 Alston Ct, NE, , Roswell, GA 30075

Process is being returned without service for the following reason(s):

On 9/18/2019 6:43:00 PM at address (1) above. No Answer No answer. No activity. No lights. No vehicles.
On 9/19/2019 8:35:00 PM at address (1) above.  The current resident and her family moved into this home in May and does not know the defendant but did inform me that she was told that he moved to North Carolina. Her claimed seemed to be credible.
On 9/19/2019 7:50:00 AM at address (1) above. No Answer No answer. No activity. No lights. No vehicles.

Fee for Service: $ 195.00

Not a registered California process server.

Frank James
One Legal - 194-Marin
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signature: _____
Frank James

OL# 13766816

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "E"

9



**Confirmation #:**    23159545
**Case Title:**    Arya Toufanian v. Kyle Oreffice

Thank you for choosing One Legal. If you have any questions about this order, please email us at support@onelegal.com.

## CASE INFORMATION

| | |
|---|---|
| Court Name: | United States District Court, Central District of California |
| Court City/ZIP: | Los Angeles 90012 |
| Case #: | 2:19-cv-07934-DMG-SS |
| Plaintiff: | Arya Toufanian |
| Defendant: | Kyle Oreffice |
| Representing: | Plaintiff |

## ORDER DETAILS

| | |
|---|---|
| Order Type: | Serve |
| Date/Time Submitted: | 10/9/2019 5:13 PM PT |
| Contact Name: | Bryan Bitzer |
| Attorney Name: | Doug Lipstone |
| Email Notification: | Contact |

## DOCUMENTS

| Document Type | Document Title | Pages Uploaded | Pages to Fax | Total Pages |
|---|---|---|---|---|
| Summons | Summons and Complaint | 48 | 0 | 48 |

## SERVICE OF PROCESS

| | | |
|---|---|---|
| Process Serving Order #: | 13883789 | **Address: Home** |
| Service Level: | Three Day | 1031 Davison Lane, Greensboro, GA 30642 678-294-4243 |
| Party to Serve: | Kyle Oreffice | |
| Last Day to Serve: | 10/11/2019 | |

| | | |
|---|---|---|
| Process Serving Order #: | 13883790 | **Address: Business** |
| Service Level: | Three Day | 1031 Davison Lane, Greensboro, GA 30642 678-294-4243 |
| Party to Serve: | Give Back Media, LLC | |
| Agent for Service: | Kyle Oreffice | |
| Last Day to Serve: | 10/15/2019 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "F"

10

DECLARATION OF BRYAN B. BITZER



**Confirmation #:** 23159545

**Case Title:** Arya Toufanian v. Kyle Oreffice

Thank you for choosing One Legal. If you have any questions about this order, please email us at support@onelegal.com.

## CASE INFORMATION

| | |
|---|---|
| **Court Name:** | United States District Court, Central District of California |
| **Court City/ZIP:** | Los Angeles 90012 |
| **Case #:** | 2:19-cv-07934-DMG-SS |
| **Plaintiff:** | Arya Toufanian |
| **Defendant:** | Kyle Oreffice |
| **Representing:** | Plaintiff |

## ORDER DETAILS

| | |
|---|---|
| **Order Type:** | Serve |
| **Date/Time Submitted:** | 10/9/2019 5:13 PM PT |
| **Contact Name:** | Bryan Bitzer |
| **Attorney Name:** | Doug Lipstone |
| **Email Notification:** | Contact |

## DOCUMENTS

| Document Type | Document Title | Pages Uploaded | Pages to Fax | Total Pages |
|---|---|---|---|---|
| Summons | Summons and Complaint | 48 | 0 | 48 |

## SERVICE OF PROCESS

| | | | |
|---|---|---|---|
| **Process Serving Order #:** | 13883789 | **Address: Home** | |
| **Service Level:** | Three Day | 1031 Davison Lane, | |
| **Party to Serve:** | Kyle Oreffice | Greensboro, GA 30642 | |
| **Last Day to Serve:** | 10/11/2019 | 678-294-4243 | |

| | | | |
|---|---|---|---|
| **Process Serving Order #:** | 13883790 | **Address: Business** | |
| **Service Level:** | Three Day | | |
| **Party to Serve:** | Give Back Media, LLC | 1031 Davison Lane, | |
| **Agent for Service:** | Kyle Oreffice | Greensboro, GA 30642 | |
| **Last Day to Serve:** | 10/15/2019 | 678-294-4243 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "G"

11

DECLARATION OF BRYAN B. BITZER



## Order #13883789: Process Serve

Submitted: 10/9/2019 5:13 PM PT   |   Attorney: Doug Lipstone   |   Contact: Bryan Bitzer

---

    **Serve failed**
10/15/2019 9:45 AM

**Service Level: Three Day**
Last day to serve: 10/11/2019

**MESSAGE FROM ONE LEGAL:** Service could not be completed. You can find documentation of non-service and details of each attempt below. Please place a new order if you would like to request additional attempts to serve this party.

---

## Documents

**Returned (0)**

Your confirmation report will be available here once the serve is complete.

**Your Files (1)**

| Document Title | Document Type | Pages | Status |
|---|---|---|---|
| Summons and Complaint | Summons | 48 | Uploaded |

---

## Service Attempts

Attempt #9   |   10/15/2019 9:45 AM   |   1031 Davison Lane (Home)
**No Answer** - I left the property after attempting to make contact with "Kyle" via cell phone. no response.

Attempt #8   |   10/15/2019 9:30 AM   |   1031 Davison Lane (Home)
- No response

Attempt #7   |   10/15/2019 9:00 AM   |   1031 Davison Lane (Home)
**No Answer** - No response. -Sat in truck.

Attempt #6   |   10/15/2019 8:30 AM   |   1031 Davison Lane (Home)
**No Answer** - Same (2) cars parked in the drive way. -Knock, bell ring, no response. -Sat in my truck.

Attempt #5   |   10/14/2019 3:55 PM   |   1031 Davison Lane (Home)
**No Answer** - Knocked, rang bell, no answer. observed opened laptop on kitchen bar. I sat in truck 15 mins. and made another attempt. No response and no dog this time.

Attempt #4   |   10/14/2019 3:36 PM   |   1031 Davison Lane (Home)
**No Answer** - Dog observed and appeared to be making contact with a person hiding behind cabinets. Contacted Kyle O. He talked in circles and claimed he wasn't there and would call back. He called back and said house is rented and told renters not to answer

Attempt #3   |   10/14/2019 3:00 PM   |   1031 Davison Lane (Home)
**No Answer** - (2) cars present in the drive way. -Door knock. bell ring, no response.

Attempt #2   |   10/13/2019 2:10 PM   |   1031 Davison Lane (Home)
**No Answer** - Door knock, bell ring, no response. -No vehicles present in drive way.

Attempt #1   |   10/13/2019 1:06 PM   |   1031 Davison Lane (Home)

**No Answer** - Door knock, bell ring, no response. -No vehicles present in drive way.

## Notes

10/10/2019 10:23:13 AM   |   One Legal Staff

Per Customer Brian we are changing the last day of service from 10/11-10/17.

## Case Information

**Court**
United States District Court, Central District of California (Central District of California - District - Los Angeles - First Street)

**Number**
2:19-cv-07934-DMG-SS

**Plaintiff**
Arya Toufanian

## Party to Serve

**Name**
Kyle Oreffice

**Address 1 (Home)**
1031 Davison Lane
Greensboro, GA 30642
Source: Customer

Confirmation Receipt #23159545

Copyright © 2019 One Legal LLC

Version: 7.0.15313.11-1315



## Order #13883790: Process Serve

Submitted: 10/9/2019 5:13 PM PT   |   Attorney: Doug Lipstone   |   Contact: Bryan Bitzer

---

 **Serve failed**
10/15/2019 9:45 AM

**Service Level: Three Day**
Last day to serve: 10/15/2019

**MESSAGE FROM ONE LEGAL:** Service could not be completed. You can find documentation of non-service and details of each attempt below. Please place a new order if you would like to request additional attempts to serve this party.

---

## Documents

**Returned (0)**

Your confirmation report will be available here once the serve is complete.

**Your Files (1)**

| Document Title | Document Type | Pages | Status |
|---|---|---|---|
| Summons and Complaint | Summons | 48 | Uploaded |

---

## Service Attempts

Attempt #9   |   10/15/2019 9:45 AM   |   1031 Davison Lane (Business)
**No Answer** - I left the property after attempting to make contact with "Kyle" via cell phone. no response.

Attempt #8   |   10/15/2019 9:30 AM   |   1031 Davison Lane (Business)
- No response

Attempt #7   |   10/15/2019 9:00 AM   |   1031 Davison Lane (Business)
**No Answer** - No response. -Sat in truck.

Attempt #6   |   10/15/2019 8:30 AM   |   1031 Davison Lane (Business)
**No Answer** - Same (2) cars parked in the drive way. -Knock, bell ring, no response. -Sat in my truck

Attempt #5   |   10/14/2019 4:05 PM   |   1031 Davison Lane (Business)
**No Answer** - Knocked, rang bell, no answer. observed opened laptop on kitchen bar. I sat in truck 15 mins. and made another attempt. No response and no dog this time.

Attempt #4   |   10/14/2019 3:36 PM   |   1031 Davison Lane (Business)
**No Answer** - Dog observed and appeared to be making contact with a person hiding behind cabinets. Contacted Kyle O. He talked in circles and claimed he wasn't there and would call back. He called back and said house is rented and told renters not to answer

Attempt #3   |   10/14/2019 3:00 PM   |   1031 Davison Lane (Business)
**No Answer** - 2) cars present in the drive way. -Door knock. bell ring, no response

Attempt #2   |   10/13/2019 2:10 PM   |   1031 Davison Lane (Business)
**No Answer** - Door knock, bell ring, no response. -No vehicles present in drive way.

Attempt #1  |  10/13/2019 1:06 PM  |  1031 Davison Lane (Business)

**No Answer** - Door knock, bell ring, no response. -No vehicles present in drive way.

## Notes

10/10/2019 10:31:40 AM  |  One Legal Staff

Spoke with Customer Brian OK to change last day of service from 10/15 -10/17

## Case Information

**Court**
United States District Court, Central District of California (Central District of California - District - Los Angeles - First Street)

**Number**
2:19-cv-07934-DMG-SS

**Plaintiff**
Arya Toufanian

## Party to Serve

**Name**
Give Back Media, LLC

**Agent for Service**
Kyle Oreffice

**Address 1 (Business)**
1031 Davison Lane
Greensboro, GA 30642
Source: Customer

Confirmation Receipt #23159545

**Copyright © 2019 One Legal LLC**

Version: 7.0.15313.11-1315

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "H"

DECLARATION OF BRYAN B. BITZER



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "I"

13

DECLARATION OF BRYAN B. BITZER

Lee M. Weinberg (Cal. SBN 131567)
lee@weinberg-gonser.com
WEINBERG GONSER LLP
10866 Wilshire Blvd., Suite 1650
Los Angeles, CA 90024
Phone: (424) 239-2850

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER: |
|---|---|
| ARYA TOUFANIAN | CV-19-7934-DMG (SSx) |
| Plaintiff(s), |  |
| v. |  |
| KYLE OREFFICE, et al. | **NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS** |
| Defendant(s). |  |

This is to notify you that a lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court, Central District of California, ☑ Western Division ☐ Southern Division ☐ Eastern Division, and has been assigned case number: CV-19-7934-DMG (SSx)

This is not a formal summons or notification from the Court, but rather my request, pursuant to Federal Rules of Civil Procedure 4(d), that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within    30    days after the date designated below as the date on which this Notice and Request is sent. Enclosed is a self-addressed, stamped envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the Court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the Court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, **please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.**

I (We) affirm that this request is being sent to you on behalf of the plaintiff, this    16th    day of
December    , 2019

_____
Signature of Plaintiff
*(or counsel representing Plaintiff)*

**NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | |
| v. | |
| DEFENDANT(S). | **WAIVER OF SERVICE OF SUMMONS** |

To: _____
    *(Name of Plaintiff's Attorney or Unrepresented Plaintiff)*

    I hereby acknowledge receipt of your request that I waive service of a summons in the above-entitled action. I have also received a copy of the complaint in the action, two copies of this waiver form, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served within 60 days after* _____, or within 90 days after that date if the request was sent outside the United States.

    *Date Notice of Lawsuit and Request for Waiver of Service Summons is sent.*

| | |
|---|---|
| _____ | _____ |
| *Date Signed by Receiving Party* | *Signature* |
| _____ | _____ |
| *Name* | *Telephone Number and Fax Number* |
| _____ | _____ |
| *Street Address* | *Relationship to Entity on Whose Behalf I am Acting* |
| _____ | _____ |
| *City, State, Zip Code* | *Name of Party Waiving Service* |

**Duty to Avoid Unnecessary Costs of Service of Summons**

    Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

    It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

    A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of summons was received.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CASE NUMBER

PLAINTIFF(S)

v.

**WAIVER OF SERVICE OF
SUMMONS**

DEFENDANT(S).

To: _____
*(Name of Plaintiff's Attorney or Unrepresented Plaintiff)*

I hereby acknowledge receipt of your request that I waive service of a summons in the above-entitled action.  I have also received a copy of the complaint in the action, two copies of this waiver form, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served within 60 days after* _____, or within 90 days after that date if the request was sent outside the United States.

*Date Notice of Lawsuit and Request for Waiver of Service Summons is sent.

_____          _____
Date Signed by Receiving Party          Signature

_____          _____
Name          Telephone Number and Fax Number

_____          _____
Street Address          Relationship to Entity on Whose Behalf I am Acting

_____          _____
City, State, Zip Code          Name of Party Waiving Service

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint.  A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property.  A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court.  If the answer or motion is not served within this time, a default judgment may be taken against that defendant.  By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of summons was received.