Lee M. Weinberg (Cal. SBN 131567)
*lee@weinberg-gonser.com*
Shanen R. Prout, of counsel (Cal. SBN 236137)
*shanen@weinberg-gonser.com*
Bryan B. Bitzer (Cal. SBN 324301)
*bryan@weinberg-gonser.com*
WEINBERG GONSER LLP
10866 Wilshire Blvd., Suite 1650
Los Angeles, CA 90024
Phone: (424) 239-2850

Attorneys for Plaintiff
ARYA TOUFANIAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| ARYA TOUFANIAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KYLE OREFFICE, an individual; GIVE BACK MEDIA, LLC, a Georgia limited liability company; and DOES 1-10,<br><br>Defendants. | Case No.: CV 19-7934-DMG (SSx)<br><br>**PLAINTIFF ARYA TOUFANIAN'S SUPPLEMENT TO HIS RESPONSE TO OSC RE: DISMISSAL FOR LACK OF PROSECUTION**<br><br>[Filed concurrently with Declaration of Lee M. Weinberg]<br><br>Case filed: September 12, 2019<br>Trial: not yet set |

Plaintiff Arya Toufanian submits this Supplement to his December 17, 2019 Response [Doc. 10] to the Court's December 12, 2019 Order to Show Cause Re: Dismissal for Lack of Prosecution [Doc. 9]. Plaintiff wishes to add that, in October of 2019, he retained the services of a private investigator who conducted a "stake-out" of

the address that counsel believes is Defendants' current residential address. *See* Declaration of Lee M. Weinberg ("Weinberg Decl."), ¶ 2, Ex. A (Affidavit of Non-Service). The "stake-out" took three hours and was unsuccessful in effecting service of process. *Id*. The "stake-out" was conducted after the private investigator had provided Plaintiff's counsel with a skip-trace report regarding the current whereabouts of defendant Kyle Oreffice. *See* Bitzer Decl., ¶ 9. Service attempts at the new address provided by the private investigator have been unsuccessful. *See* Bitzer Decl., ¶ 12, Ex. G.

On December 18, 2019, Plaintiff's counsel also sent copies of the Notice of Lawsuit and Request for Waiver of Service of Summons and the Waivers of Service of Summons to an address that counsel is informed is the workplace of defendant Oreffice's father. *See* Weinberg Decl., ¶ 3. With the package, Plaintiff's counsel asked Oreffice's father to contact counsel about Oreffice accepting service of process. *Id*. That same day, through the LinkedIn website, Plaintiff's counsel also wrote a message to defendant Oreffice's mother, asking her to contact counsel to obtain documents filed in Federal Court that relate to Arya Toufanian's lawsuit against Kyle Oreffice. *Id*. At the time of filing this declaration, Plaintiff's counsel had not received a response from the mother. *Id*.

Dated: December 18, 2019                          WEINBERG GONSER LLP

                                                  By: /s/ *Shanen R. Prout*
                                                  Lee M. Weinberg
                                                  Shanen R. Prout
                                                  Bryan B. Bitzer
                                                  Attorneys for Plaintiff
                                                  ARYA TOUFANIAN