Lee M. Weinberg (Cal. SBN 131567)
*lee@weinberg-gonser.com*
Shanen R. Prout, of counsel (Cal. SBN 236137)
*shanen@weinberg-gonser.com*
Bryan B. Bitzer (Cal. SBN 324301)
*bryan@weinberg-gonser.com*
WEINBERG GONSER LLP
10866 Wilshire Blvd., Suite 1650
Los Angeles, CA 90024
Phone: (424) 239-2850

Attorneys for Plaintiff ARYA TOUFANIAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| ARYA TOUFANIAN, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>KYLE OREFFICE, an individual; GIVE BACK MEDIA, LLC, a Georgia limited liability company; and DOES 1-10,<br><br>  Defendants. | Case No.: 2:19-cv-07934-DMG-SS<br><br>Assigned to the Hon. Dolly M. Gee<br>Courtroom 8C<br><br>**DECLARATION OF ARYA TOUFANIAN IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER AUTHORIZING SERVICE OF PROCESS ON DEFENDANTS BY PUBLICATION AND MAIL, AND REQUEST FOR ENLARGEMENT OF TIME TO EFFECT SERVICE**<br><br>Case filed: September 12, 2019<br>Trial: none set |

I, Arya Toufanian, declare as follows:

1. I am over the age of 18. I am the plaintiff in the above-captioned action. I have personal knowledge of the matters stated herein. If called as a witness I could

and would testify competently about those matters. I submit this declaration in connection with my Ex Parte Application for Order Authorizing Service of Process on the Defendants by Publication and Mail.

2. I am familiar with a person named Kyle Oreffice because of his website and his activity on social media platforms such as Instagram. From a search of the Internet and his social media presence, I am informed and believe that Mr. Oreffice is the owner and/or founder of a company called Give Back Media, LLC. From a search of the Internet and his social media presence, I am also informed and believe that Mr. Oreffice owns and operates the website at www.quantumstocktrading.com.

3. During September 2019, my social contact Michael Kassegne informed me that Mr. Oreffice had written him through Instagram stating that he was aware of the current lawsuit and that Mr. Oreffice was trying to avoid being served with process so that he can "cost [me] money." Attached hereto as **Exhibit A** is a true copy of the relevant Instagram messages that Mr. Kassegne exchanged with Mr. Oreffice. Mr. Kassegne provided a copy of this exchange to me through Instagram.

4. Mr. Kassegne informed me that he is connected with Mr. Oreffice on Instagram. I am informed and believe Mr. Oreffice's Instagram handle (account name) is "kyleoreffice." I do not have any information that leads me to believe anyone else is in control of that account or sending or receiving messages through it. Attached hereto as **Exhibit B** is a true copy of a screenshot of the "kyleoreffice" Instagram homepage. I was able to access that page on the date I signed this declaration.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: March 31, 2020          _____
_____
                                Arya Toufanian

# EXHIBIT "A"

3:58

**kyleoreffice**

but my lawyers told me if i evade his process server I can cost him money by having to serve me again and again so that's what i've been doing lol

❤️

What's that other dudes number

I'll send him stuff

yeah that might be more wise

and also @taylorlorenz is the reporter. you can DM her and i'll see if i can just give you her # too

Cool

# EXHIBIT "B"



# Instagram

🔍 Search

Log In  Sign Up

## kyleoreffice  Follow

**89** posts     **2,329** followers     **639** following

**Kyle Oreffice**
🎬 Creator of Give Back Films
☑️ Helping business owners scale their ventures through the power of digital media

### This Account is Private

Already follow kyleoreffice?
Log in
to see their photos and videos.

Log In to Instagram
Log in to see photos and videos from friends and discover other accounts you'll love.

ABOUT  HELP  PRESS  API  JOBS  PRIVACY  TERMS

© 2020 INSTAGRAM FROM FACEBOOK