UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARYA TOUFANIAN, an individual,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>KYLE OREFFICE, an individual; GIVE BACK MEDIA, LLC, a Georgia limited liability company; and DOES 1-10,<br><br>　　　Defendants. | Case No.: CV 19-7934-DMG (SSx)<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION [14]** |

- 1 -

The Court has read and considered all papers filed in connection with plaintiff Arya Toufanian's ("Plaintiff") *Ex Parte* Application for Order Authorizing Service of Process on Defendants by Publication and Mail, and Request for Enlargement of Time to Effect Service ("Application").  It appears to the satisfaction of the Court that defendants Kyle Oreffice, and individual, and Give Back Media, LLC ("GBM"), a Georgia limited liability company ("Defendants"), cannot be served with reasonable diligence in any other manner set forth in California Code of Civil Procedure §§ 415.10 through 415.40.  Although the Court has concerns regarding whether it has personal jurisdiction over Defendants, those concerns are somewhat assuaged by Plaintiffs' attestation that Defendants likely have actual knowledge of this action but have chosen to evade service of process.  [Doc. # 14-5 at ¶ 3.]  *Cf. Sec. & Exch. Comm'n v. China Sky One Med., Inc.*, No. CV12 07543 MWF (MANx), 2013 WL 12314508, at *4 (C.D. Cal. Aug. 20, 2013) (an important factor weighing strongly in favor that service by publication . . . comports with due process is the fact that media articles indicate that both defendants are already aware of this matter.") (citations omitted).  Furthermore, Plaintiff appears to have stated facts sufficient to constitute a cause of action against Defendants.

**THEREFORE, AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that the Application is **GRANTED** as follows:

1) Service of the Summons in this action on Defendants shall be accomplished by publication in the *Raleigh News & Observer*, a newspaper published in the State of North Carolina, and designated hereby as the newspaper most likely to give actual notice to Defendants.

2) The publication shall be made once a week for four (4) successive weeks, pursuant to California Government Code § 6064.

3) Plaintiff shall concurrently mail a copy of the Summons, Complaint and this Order by first class mail addressed to Defendants at the last known address for defendant Oreffice, 300 Pond Bluff Way, Cary, North Carolina 27513, and to the

address of GBM's registered agent in Georgia.

4) This Order does not preclude service upon Defendants in any other manner authorized by the Federal Rules of Civil Procedure, which service shall then supersede the service by publication.

5) Plaintiff shall have a sixty (60) day enlargement of time to serve Defendants from the date the Court gives Plaintiff notice of this Order, and in no event later than June 26, 2020.

DATED:  April 28, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE