

**NANDO**
MEDIA COMPANY
consult. strategize. deliver.

Powered by McClatchy
The News & Observer
421 Fayetteville Street, Suite 104
Raleigh, NC 27601

# AFFIDAVIT OF PUBLICATION

| Account # | Ad Number | Identification | PO | Cols | Lines |
|---|---|---|---|---|---|
| 775815 | 0004635558 | Case No.: 2:19-cv-07934-DMG-SS Toufanian v. Oreffice | | 1 | 44 |

**Attention:**

TOUFANIAN
10866 WILSHIRE BLVD., SUITE 1650
LOS ANGELES, CA 90024

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
ARYA TOUFANIAN, an individual,
Plaintiff,
v.
KYLE OREFFICE, an individual; GIVE BACK MEDIA, LLC, a Georgia limited liability company; and DOES 1-10,
Defendants.
Case No.: 2:19-cv-07934-DMG-SS
Assigned to the Hon. Dolly M. Gee
Courtroom 8C
To: KYLE OREFFICE, 3202 Alston Ct. NE, Roswell, GA, 30075; GIVE BACK MEDIA, LLC 3202 Alston Ct. NE Roswell, GA, 30075
A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Lee M. Weinberg, Esq.
Shanen R. Prout, Esq.
Bryan B. Bitzer, Esq.
WEINBERG GONSER LLP
10866 Wilshire Blvd., Suite 1650
Los Angeles, CA 90024
If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.
N&O: TBD

**STATE OF NORTH CAROLINA**

**COUNTY OF WAKE**

Before the undersigned, a Notary Public of Johnston County, North Carolina, duly commissioned and authorized to administer oaths, affirmations, etc., personally appeared BETSY WOMBLE, who being duly sworn or affirmed, according to law, doth depose and say that he or she is Accounts Receivable Specialist of the News & Observer Publishing Company, a corporation organized and doing business under the Laws of the State of North Carolina, and publishing a newspaper known as The News & Observer, Wake County and State aforesaid, the said newspaper in which such notice, paper, document, or legal advertisement was published was, at the time of each and every such publication, a newspaper meeting all of the requirements and qualifications of Section 1-597 of the General Statutes of North Carolina and was a qualified newspaper within the meaning of Section 1-597 of the General Statutes of North Carolina, and that as such he or she makes this affidavit; and is familiar with the books, files and business of said corporation and by reference to the files of said publication the attached advertisement

____4____ Insertion(s)

Published On:
May 08, 2020, May 15, 2020, May 22, 2020, May 29, 2020

_____
BETSY WOMBLE, Accounts Receivable Specialist

_____
Electronic Notary Public
State of North Carolina
Sworn to and subscribed before me this 29th day of May, 2020

My Commission Expires: 7/10/2023



WENDY DAWSON
Notary Public
North Carolina
Johnston County