1  Tauler Smith LLP
2  Robert Tauler (SBN 241964)
   rtauler@taulersmith.com
3  Valerie Saryan (SBN 297115)
4  vsaryan@taulersmith.com
   626 Wilshire Blvd., Suite 510
5  Los Angeles, California 90017
6  Tel. (213) 927-9270

7  Attorneys for Defendants
   Kyle Oreffice and
8  Give Back Media, LLC

9

10              THE UNITED STATES DISTRICT COURT

11       CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

12

| 13 | ARYA TOUFANIAN, an individual, | Case No. 2:19-cv-07934-DMG-SS |
|----|-------------------------------|-------------------------------|
| 14 | Plaintiff, | **DECLARATION OF ROBERT TAULER IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16** |
| 15 | | |
| 16 | v. | |
| 17 | KYLE OREFFICE, an individual, GIVE BACK MEDIA, LLC, a Georgia limited liability company; and DOES 1-10, | |
| 18 | | |
| 19 | | |
| 20 | Defendants. | Date:       July 10, 2020 |
| 21 | | Time:       9:30 a.m. |
|    | | Courtroom:  8C |

Dec. of Robert Tauler in Support              Case No. 2:19-cv-07934-DMG-SS
of Defendants' Anti-SLAPP Motion

# DECLARATION OF ROBERT TAULER

I, Robert Tauler, hereby declare as follows.

1. I am managing partner of Tauler Smith LLP. I have personal knowledge of the facts stated in this declaration, and if called as a witness, could and would testify competently to the truth of the facts as stated herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of a biographical entry on Arya Toufanian taken from the website at http://trendcelebsnow.com/aryatoufanian-net-worth on June 4, 2020.

3. Attached hereto as **Exhibit B** is a true and correct copy of a biographical entry on Arya Toufanian taken from the website at http://celebstrendnow.com/aryatoufanian-net-worth on June 4, 2020.

4. Attached hereto as **Exhibit C** is a true and correct copy of a biographical entry on Arya Toufanian taken from the website at http://www.famousbirthdays.com/people/arya-toufanian.html on June 4, 2020.

5. Attached hereto as **Exhibit D** is a true and correct copy of a biographical entry on Arya Toufanian taken from the website at http://en.everybodywiki.com/Arya_Toufanian on June 4, 2020.

6. Attached hereto as **Exhibit E** is a true and correct copy of an article titled "I'M SHMACKED: Inside The Brand That Glorifies The Worst Parts Of College Partying," written by Pamela Engel and Allan Smith, and published by Business Insider (https://www.businessinsider.com/im-shmacked-college-parties-2014-9) on September 3, 2014.

7. Attached hereto as **Exhibit F** is a true and correct copy of an article titled "I'm Shmacked Founder Threatens Business Insider Reporter's Anus," written by Tyler Kingkade, and published by HuffPost (https://www.huffpost.com/entry/im-shmacked-business-insider-twitter_n_5614591) on September 3, 2014.

8. Attached hereto as **Exhibit G** is a true and correct copy of an article titled "Thousands of College Kids Paid to Work for a Viral Party Kingpin. What Could Go

– 1 –

Wrong?" written by Taylor Lorenz, and published by The New York Times (https://www.nytimes.com/2019/11/06/style/arya-toufanian-im-shmacked.html) on November 6, 2019.

9. Attached hereto as **Exhibit H** is a true and correct copy of a Statement of Claim filed in the Superior Court of the District of Columbia in the matter of *Arya Toufanian v. Jerry Shukes* (Case No. 2020 SC3 00003), dated January 2, 2020.

10. Attached hereto as **Exhibit I** is a true and correct copy of a Statement of Claim filed in the Superior Court of the District of Columbia in the matter of *Arya Toufanian v. Michael Wrubel* (Case No. 2020 SC3 00005), dated January 2, 2020.

11. Attached hereto as **Exhibit J** is a true and correct copy of screenshots of the Twitter, Facebook, and YouTube accounts for *I'm Shmacked*, and Arya Toufanian's Twitter and Instagram accounts, and of Sensastocks' Instagram account.

12. Attached hereto as **Exhibit K** is a true and correct copy of Tauler Smith LLP's billing on this Motion, which itemizes the date, activity, billable time, hourly rate and identifies the name of the individual. I am lead counsel and managing partner of Tauler Smith LLP. My hourly rate in this case is $575 per hour. I have 12 years of litigation experience. I graduated from Harvard Law School in 2005. I spent 8.5 hours revising the Motion, and 0.5 hours revising this declaration.

13. Ms. Valerie Saryan is an Associate at Tauler Smith, LLP for five years. She graduated from Whittier Law School in 2013 and Tufts University in 2007. Her hourly rate is $325 per hour on this matter. Ms. Saryan spent 49.7 hours drafting and revising the Motion and the accompanying declarations, 0.9 hours reviewing the Complaint, and 1.1 hours reviewing and compiling the evidence.

14. Luca Stein is a Paralegal at Tauler Smith, LLP. He has eight years of experience working in law firms in New York and California. His hourly rate is $100 per hour on this matter. Mr. Stein spent 4.5 hours preparing the table of contents and table of authorities to the Motion, 0.6 hours preparing the exhibits to the Motion, and

— 3 —

2.1 finalizing and filing the Motion, declaration, exhibits, and all accompanying documents.

15. Daniela Kimble is a litigation assistant at Tauler Smith LLP. Her hourly rate is $100 per hour on this matter. Ms. Kimble spent 0.8 hours prepare exhibits to the Motion.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this Declaration was executed on June 10, 2020 in Los Angeles, California.

By: *s/Robert Tauler*
Robert Tauler

# CERTIFICATE OF SERVICE

*Toufanian v. Oreffice, et al*, Case No.: 2:19-cv-07934-DMG-SS

I hereby certify that on June 10, 2020, copies of **DECLARATION OF ROBERT TAULER IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16** were filed electronically through the Court's CM/ECG system, and served by U.S. mail on all counsel of record unable to accept electronic filing.

**Tauler Smith LLP**

By: */s/Robert Tauler*
Robert Tauler
Attorneys for Defendants