1  Tauler Smith LLP
2  Robert Tauler (SBN 241964)
   rtauler@taulersmith.com
3  Valerie Saryan (SBN 297115)
4  vsaryan@taulersmith.com
   626 Wilshire Blvd., Suite 510
5  Los Angeles, California 90017
   Tel. (213) 927-9270
6
7  Attorneys for Defendants
   Kyle Oreffice and
8  Give Back Media, LLC
9
10            THE UNITED STATES DISTRICT COURT
11        CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION
12

| 13 | ARYA TOUFANIAN, an individual, | Case No. 2:19-cv-07934-DMG-SS |
|---|---|---|
| 14 | Plaintiff, | |
| 15 | | **DECLARATION OF KYLE OREFFICE IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16** |
| 16 | v. | |
| 17 | KYLE OREFFICE, an individual, GIVE BACK MEDIA, LLC, a Georgia limited liability company; and DOES 1-10, | |
| 18 | | |
| 19 | | |
| 20 | Defendants. | Date: July 10, 2020 |
| 21 | | Time: 9:30 a.m. |
| 22 | | Courtroom: 8C |

# DECLARATION OF KYLE OREFFICE

I, Kyle Oreffice, hereby declare as follows.

1. I am a named Defendant in the above captioned action. I have personal knowledge of the facts stated in this declaration, and if called as a witness, could and would testify competently to the truth of the facts as stated herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of text messages I received from Arya Toufanian, saying, "$30-$40k" will "go quick in court paying lawyer fees," and "My last lawsuit burned $80,000 first month :) be prepared kiddo," dated April 27, 2019.

3. Attached hereto as **Exhibit B** is a true and correct copy of text messages I received from Arya Toufanian, saying "he'll regret this."

4. Attached hereto as **Exhibit C** is a true and correct copy of text messages I received from Arya Toufanian, saying, he was "going to spend $10k…to sue your mom and yourself" claiming my mother will have to sell her house, and saying, "I hope she likes LA, she'll be here soon for court," dated April 27, 2019.

5. Attached hereto as **Exhibit D** is a true and correct copy of text messages I received from Arya Toufanian, saying, "I'm going to spend $10k on Monday to sue your mom and yourself," dated April 27, 2019.

6. Attached hereto as **Exhibit E** is a true and correct copy of text messages I received from Arya Toufanian, saying, "I don't mind spending $20k to teach you a lesson," "I'll bury you in legal fees," "You're gonna need to sell more packages to pay lawyer fees so keep it up," and "Hope you like cops at your door," dated April 27, 2019.

7. Attached hereto as **Exhibit F** is a true and correct copy of text messages sent from Arya Toufanian to my mother, dated April 25, 2019.

– 1 –

– 2 –

1     I declare under penalty of perjury under the laws of the United States and the State of Georgia that the foregoing is true and correct and that this Declaration was executed on June 9, 2020 in Georgia.

By: _____
Kyle Oreffice

---

Dec. of Kyle Oreffice in Support
of Defendants' Anti-SLAPP Motion

Case No. 2:19-cv-07934-DMG-SS

# CERTIFICATE OF SERVICE

*Toufanian v. Oreffice, et al*, Case No.: 2:19-cv-07934-DMG-SS

I hereby certify that on June 10, 2020, copies of **DECLARATION OF KYLE OREFFICE IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16** were filed electronically through the Court's CM/ECG system, and served by U.S. mail on all counsel of record unable to accept electronic filing.

**Tauler Smith LLP**

By: */s/Robert Tauler*
Robert Tauler
Attorneys for Defendants