**DENIED**
BY ORDER OF THE COURT
AS MOOT

*[signature]*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE
DATED: June 17, 2020

THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARYA TOUFANIAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KYLE OREFFICE, an individual, GIVE BACK MEDIA, LLC, a Georgia limited liability company; and DOES 1-10,<br><br>Defendants. | Case No.: CV 19-7934-DMG (SSx)<br><br>**[*PROPOSED*] ORDER GRANTING STIPULATION RE: CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO STRIKE [21]** |

1  The Court has read and considered the stipulation and request of Plaintiff Arya Toufanian and Defendants Kyle Oreffice and Give Back Media, LLC to continue the hearing on Defendants' pending Motion to Strike Plaintiff's Complaint under California Code of Civil Procedure section 425.16 [Dkt. 18]. It appears to the satisfaction of the Court that the parties have stated proper grounds for continuing the hearing of the Motion.

THEREFORE, AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Stipulation and request is **GRANTED**, as follows:

The hearing of Defendant's Motion to Strike the Complaint is continued to _____ at 9:30 a.m. in Courtroom 8C. The parties' remaining briefing schedule on the Motion is rescheduled based on the new hearing date and as governed by the Federal Rules of Civil Procedure, Local Rules for the Central District of California, and the Judge's procedures and requirements.

DATED:

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE