1  Tauler Smith LLP
2  Robert Tauler (SBN 241964)
   rtauler@taulersmith.com
3  Valerie Saryan (SBN 297115)
4  vsaryan@taulersmith.com
   626 Wilshire Blvd., Suite 510
5  Los Angeles, California 90017
   Tel. (213) 927-9270
6
7  Attorneys for Defendants
   Kyle Oreffice and
8  Give Back Media, LLC
9

10              THE UNITED STATES DISTRICT COURT
11       CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION
12

13  ARYA TOUFANIAN, an individual,            Case No. 2:19-cv-07934-DMG-SS
14       Plaintiff,
                                              **REQUEST FOR JUDICIAL NOTICE
15                                            IN SUPPORT OF DEFENDANTS'
16       v.                                   MOTION TO STRIKE PLAINTIFF'S
                                              COMPLAINT PURSUANT TO
17  KYLE OREFFICE, an individual,             CALIFORNIA CODE OF CIVIL
18  GIVE BACK MEDIA, LLC, a Georgia           PROCEDURE § 425.16**
    limited liability company; and DOES 1-
19  10,                                       Date:       July 24, 2020
                                              Time:       9:30 a.m.
20       Defendants.                          Courtroom:  8C
21
22
23

# REQUEST FOR JUDICIAL NOTICE

Defendants Kyle Oreffice and Give Back Media, LLC, by and through their counsel of record, hereby request the Court to take Judicial Notice, pursuant to Federal Rule of Evidence 201, of the following:

1. Biographical entry on Arya Toufanian taken from the website at http://trendcelebsnow.com/aryatoufanian-net-worth obtained on June 4, 2020, attached hereto as **Exhibit 1**. Defendants request that the Court take judicial notice of the existence of this webpage, not the contents of this webpage. *Zeiger v. WellPet LLC*, N.D.Cal.2018, 304 F.Supp.3d 837 (On motion to dismiss, District court takes judicial notice of existence of documents available on FDA's website, but not their contents.)

2. Biographical entry on Arya Toufanian taken from the website at http://celebstrendnow.com/aryatoufanian-net-worth obtained on June 4, 2020, attached hereto as **Exhibit 2**. Defendants request that the court take judicial notice of the existence of this webpage, not the contents of this webpage. *Zeiger v. WellPet LLC*, N.D.Cal.2018, 304 F.Supp.3d 837. (On motion to dismiss, District court takes judicial notice of existence of documents available on FDA's website, but not their contents.)

3. Biographical entry on Arya Toufanian taken from the website at http://www.famousbirthdays.com/people/arya-toufanian.html obtained on June 4, 2020, attached hereto as **Exhibit 3**. Defendants request that the court take judicial notice of the existence of this webpage, not the contents of this webpage. *Zeiger v. WellPet LLC*, N.D.Cal.2018, 304 F.Supp.3d 837. (On motion to dismiss, District court takes judicial notice of existence of documents available on FDA's website, but not their contents.)

4. Biographical entry on Arya Toufanian taken from the website at http://en.everybodywiki.com/Arya_Toufanian obtained on June 4, 2020, attached hereto as **Exhibit 4**. Defendants request that the Court take judicial notice of the

existence of this webpage, not the contents of this webpage. *Zeiger v. WellPet LLC*, N.D.Cal.2018, 304 F.Supp.3d 837. (On motion to dismiss, District court takes judicial notice of existence of documents available on FDA's website, but not their contents.)

5. News Article titled "I'M SHMACKED: Inside The Brand That Glorifies The Worst Parts Of College Partying," written by Pamela Engel and Allan Smith, and published by Business Insider (https://www.businessinsider.com/im-shmacked-college-parties-2014-9) on September 3, 2014, attached hereto as **Exhibit 5**, on the grounds that the court may take judicial notice of news articles. *In re Am. Funds Sec. Litig.,* 556 F. Supp. 2d 1100, 1105 (C.D. Cal. 2008), *vacated and remanded*, 395 F. App'x 485 (9th Cir. 2010) (District court took judicial notice of various news articles reporting Securities and Exchange Commission's investigation of mutual fund companies' alleged improper sales practices.)

6. News Article titled "I'm Shmacked Founder Threatens Business Insider Reporter's Anus," written by Tyler Kingkade, and published by HuffPost (https://www.huffpost.com/entry/im-shmacked-business-insider-twitter_n_5614591) on September 3, 2014, attached hereto as **Exhibit 6**, on the grounds that the court may take judicial notice of news articles. *In re Am. Funds Sec. Litig.,* 556 F. Supp. 2d 1100, 1105 (C.D. Cal. 2008), *vacated and remanded*, 395 F. App'x 485 (9th Cir. 2010) (District court took judicial notice of various news articles reporting Securities and Exchange Commission's investigation of mutual fund companies' alleged improper sales practices.)

7. News Article titled "Thousands of College Kids Paid to Work for a Viral Party Kingpin. What Could Go Wrong?" written by Taylor Lorenz, and published by The New York Times (https://www.nytimes.com/2019/11/06/style/arya-toufanian-im-shmacked.html) on November 6, 2019, attached hereto as **Exhibit 7**, on the grounds that the court may take judicial notice of news articles. *In re Am. Funds Sec. Litig.,* 556 F. Supp. 2d 1100, 1105 (C.D. Cal. 2008), *vacated and remanded*, 395 F. App'x 485 (9th Cir. 2010) (District court took judicial notice of various news articles

reporting Securities and Exchange Commission's investigation of mutual fund companies' alleged improper sales practices.)

8. Statement of Claim filed in the Superior Court of the District of Columbia in the matter of *Arya Toufanian v. Jerry Shukes* (Case No. 2020 SC3 00003), dated January 2, 2020, attached hereto as **Exhibit 8**, on the grounds that a court may take judicial notice of a complaint in another lawsuit, in a motion to dismiss. *Rothman v. Gregor*, C.A.2 (N.Y.) 2000, 220 F.3d 81.

9. Statement of Claim filed in the Superior Court of the District of Columbia in the matter of *Arya Toufanian v. Michael Wrubel* (Case No. 2020 SC3 00005), dated January 2, 2020, attached hereto as **Exhibit 9**, on the grounds that a court may take judicial notice of a complaint in another lawsuit, in a motion to dismiss. *Rothman v. Gregor*, C.A.2 (N.Y.) 2000, 220 F.3d 81.

10. News Article titled "University of Shmacked," written by Jennifer Conlin, and published by The New York Times (https://www.nytimes.com/2012/09/23/fashion/campus-life-gains-more-exposure-on-the-web.html ) on September 21, 2012, attached hereto as **Exhibit 10**, on the grounds that the court may take judicial notice of news articles. *In re Am. Funds Sec. Litig.,* 556 F. Supp. 2d 1100, 1105 (C.D. Cal. 2008), *vacated and remanded*, 395 F. App'x 485 (9th Cir. 2010) (District court took judicial notice of various news articles reporting Securities and Exchange Commission's investigation of mutual fund companies' alleged improper sales practices.)

11. Screenshots obtained on June 8, 2020, of the Twitter, Facebook, and YouTube accounts for *I'm Shmacked*, of Arya Toufanian's Twitter and Instagram accounts, and of Sensastocks' Instagram account, showing the number of followers for each social media account, collectively attached hereto as **Exhibit 11**, on the grounds that the court may take judicial notice of information publicly announced on plaintiff's social media account webpages, as long as the website's authenticity is not

in dispute and it is capable of accurate and ready determination. See *Doron Precision Systems, Inc. v. FAAC, Inc.*, S.D.N.Y.2006, 423 F.Supp.2d 173.

Respectfully submitted,

Dated: June 25, 2020

TAULER SMITH LLP

By: */s/Robert Tauler*
Robert Tauler, Esq.
Attorneys for Defendants

– 4 –

# CERTIFICATE OF SERVICE

*Toufanian v. Oreffice, et al*, Case No.: 2:19-cv-07934-DMG-SS

  I hereby certify that on June 25, 2020, copies of **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16** were filed electronically through the Court's CM/ECG system, and served by U.S. mail on all counsel of record unable to accept electronic filing.

            **Tauler Smith LLP**

            By: */s/Robert Tauler*
            Robert Tauler
            Attorneys for Defendants