THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ARYA TOUFANIAN, an individual,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>KYLE OREFFICE, an individual, GIVE BACK MEDIA, LLC, a Georgia limited liability company; and DOES 1-10,<br><br>　　　Defendants. | Case No. 2:19-cv-07934-DMG-SS<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16**<br><br>Date:　　　July 24, 2020<br>Time:　　　9:30 a.m.<br>Courtroom:　8C |

The motion of Defendants Kyle Oreffice and Give Back Media, LLC ("Defendants") to Strike Plaintiff's Complaint pursuant to California Code of Civil Procedure § 425.16 came on regularly for hearing before this Court on Friday, July 24, 2020. Counsel for all parties appeared.

Having considered the motion, all of the papers filed in support and in opposition to the motion, oral argument, and good cause appearing therefor the Court HEREBY ORDERS as follows:

1) Plaintiff's Complaint is stricken as it is based on conduct that constitutes protected expression as defined by California Code of Civil Procedure section 425.16; and

2) Defendants, as prevailing parties, are awarded costs and fees in the amount of $25,270.00

IT IS SO ORDERED

DATED: _____                              _____
                                              Honorable Dolly M. Gee
                                              United States District Judge