Lee M. Weinberg (Cal. SBN 131567)
*lee@weinberg-gonser.com*
Shanen R. Prout, of counsel (Cal. SBN 236137)
*shanen@weinberg-gonser.com*
Bryan B. Bitzer (Cal. SBN 324301)
*bryan@weinberg-gonser.com*
WEINBERG GONSER LLP
10866 Wilshire Blvd., Suite 1650
Los Angeles, CA 90024
Phone: (424) 239-2850

Attorneys for Plaintiff
ARYA TOUFANIAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| ARYA TOUFANIAN, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>KYLE OREFFICE, an individual; GIVE BACK MEDIA, LLC, a Georgia limited liability company; and DOES 1-10,<br><br>  Defendants. | Case No.: CV 19-7934-DMG (SSx)<br><br>Assigned to the Hon. Dolly M. Gee<br>Courtroom 8C<br><br>**JOINT STIPULATION TO FILING OF FIRST AMENDED COMPLAINT**<br><br>Case filed: September 12, 2019<br>Trial: none set |

Plaintiff Arya Toufanian and Defendants Kyle Oreffice and Give Back Media, LLC, by and through their undersigned counsel of record, hereby make the following joint stipulation based on the following agreed facts:

WHEREAS, after denying Defendants' special motion to strike Plaintiff's original complaint, on September 16, 2020, the Court ordered Defendants to respond to

- 1 -

the complaint by October;

WHEREAS, on September 29, counsel for the parties met and conferred telephonically to discuss thoroughly Defendants' plans to file a motion to dismiss all three claims in the original complaint under the Federal Rules of Civil Procedure (FRCP), rule 12(b)(6);

WHEREAS, on October 6, the parties filed a stipulation to extend the time for Defendants to respond to the original complaint, which the Court approved on October 7; and,

WHEREAS, on October 15, Plaintiff inadvertently filed a First Amended Complaint (FAC) [Doc. # 33] in lieu of the parties litigating the motion to dismiss, under the mistaken belief that the parties had already filed a stipulation agreeing to Plaintiff filing the FAC.

NOW, THEREFORE, under FRCP rule 15(a)(2), by and through their counsel of record, Plaintiff and Defendants hereby stipulate retroactively to approve of the filing of the FAC.  Plaintiff and Defendants also acknowledge and stipulate that Defendants have been served with a copy of the FAC and that Defendants have until October 29, 2020 to respond to the FAC.

**IT IS SO STIPULATED:**

Dated: October 19, 2020                    WEINBERG GONSER LLP

Pursuant to Local Rule 5-              /s/ *Shanen R. Prout*
4.3.4(a)(2)(i), I certify that all other   By: _____
signatories listed below, and on       Lee M. Weinberg
whose behalf this filing is            Shanen R. Prout
submitted, concurred in the filing's   Bryan B. Bitzer
content and have authorized it.        Attorneys for Plaintiff Arya
                                       Toufanian

JOINT STIPULATION TO FILING OF FIRST AMENDED COMPLAINT

1

Dated: October 19, 2020

TAULER SMITH LLP

/s/ *Robert Tauler*

By: _____

Robert Tauler
Valerie Saryan
Attorneys for Defendants Kyle Oreffice
and Give Back Media, LLC

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO FILING OF FIRST AMENDED COMPLAINT