1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ARYA TOUFANIAN, an individual, | Case No.: CV 19-7934-DMG (SSx) |
|---|---|
| Plaintiff, | **ORDER APPROVING JOINT STIPULATION TO THE FILING OF THE FIRST AMENDED COMPLAINT [35]** |
| v. | |
| KYLE OREFFICE, an individual; GIVE BACK MEDIA, LLC, a Georgia limited liability company; and DOES 1-10, | |
| Defendants. | |

The Court has read and considered the parties' Joint Stipulation to Filing of the First Amended Complaint ("Stipulation"). Good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is APPROVED, as follows:

The First Amended Complaint is deemed filed on October 15, 2020. Defendants shall respond to the First Amended Complaint by October 29, 2020.

DATED: October 22, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE