1
2
3
4
5
6
7

THE UNITED STATES DISTRICT COURT

8

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

9
10

| | |
|---|---|
| ARYA TOUFANIAN, an individual, | Case No. 2:19-cv-07934-DMG-SS |
| Plaintiff, | **[PROPOSED] ORDER ON DEFENDANTS' MOTION DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6)** |
| v. | |
| KYLE OREFFICE, an individual, GIVE BACK MEDIA, LLC, a Georgia limited liability company; and DOES 1-10, | Date:        December 4, 2020<br>Time:        9:30 a.m.<br>Court:       8C |
| Defendants. | Hon. Dolly M. Gee |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The motion of Defendants Kyle Oreffice and Give Back Media, LLC ("Defendants") to Dismiss the First Amended Complaint pursuant to FRCP 12(b)(6) came on regularly for hearing before this Court on December 4, 2020. Counsel for all parties appeared.

Having considered the motion, all of the papers filed in support and in opposition to the motion, oral argument, and good cause appearing therefor the Court HEREBY ORDERS as follows:

1) Plaintiff's First Amended Complaint is dismissed with prejudice.

IT IS SO ORDERED

DATED: _____                    _____
                                     Honorable Dolly M. Gee
                                     United States District Judge