THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ARYA TOUFANIAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KYLE OREFFICE, an individual, GIVE BACK MEDIA, LLC, a Georgia limited liability company; and DOES 1-10,<br><br>Defendants. | Case No. 2:19-cv-07934-DMG-SK<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO COMPEL PLAINTIFF'S PRODUCTION OF DOCUMENTS [ECF 60]** |

Defendants' unopposed motion to compel Plaintiff's production of documents is GRANTED. By no later than January 26, 2022, Plaintiff is ordered to produce without objection all documents responsive to Defendants' Requests for Production Nos. 1, 3, 4, 6, 16, 19, 20, 35, 36, 38, 42, 52, 56, 58, 60, and 68.

If Defendants intend to seek repayment of expenses under Rule 37(a)(5)(A), they must so move by no later than January 19, 2022, with Plaintiff's response, if any, due by no later than January 26, 2022. Any such motion would then be submitted for decision without oral argument. Meanwhile, the hearing on this motion noticed for January 19, 2022 is vacated.

IT IS SO ORDERED.

DATED: January 12, 2022

Honorable Steve Kim
United States Magistrate Judge