THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ARYA TOUFANIAN, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>KYLE OREFFICE, an individual, GIVE BACK MEDIA, LLC, a Georgia limited liability company; and DOES 1-10,<br><br>    Defendants. | Case No. 2:19-cv-07934-DMG-SK<br><br>**ORDER GRANTING IN PART DEFENDANTS' MOTION FOR ATTORNEY'S FEES** |

Defendants request an award of $28,347.50 in attorney's fees under Rule 37(a)(5)(A) after prevailing on their motion to compel production of documents from Plaintiff. Plaintiff does not oppose the granting of an award but claims the total amount sought is excessive; he proposes an award of no more than $9,170.00. Having carefully reviewed Defendants' billing statements and related declarations, Defendants' motion is granted in part, as reflected in the chart below.

| Person | Position | Reasonable Hours | Reasonable Rate | Total |
|---|---|---|---|---|
| Robert Tauler | Managing Partner (17 years' experience) | 4.6 | $575 | $2,645 |
| Valeria Saryan | Associate (7-8 years' experience) | 32 | $325 | $10,400 |
| Luca Stein | Paralegal (10 years' experience) | 16.88 | $100 | $1,688 |
|  | TOTAL | 53.48 | ---- | $14,733 |

Within seven days of this order, Plaintiff Arya Toufanian is ordered to pay Defendants' reasonable attorney's fees in the amount of $14,733.00.

IT IS SO ORDERED.

DATED: _January 28, 2022_

Honorable Steve Kim
United States Magistrate Judge