Name and address:
Lawrence J. Hilton (Bar No. 156524)
Email: lhilton@onellp.com
ONE LLP
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARYA TOUFANIAN, an individual,<br><br><br>PLAINTIFF(S)<br><br>v.<br><br>KYLE OREFFICE, an individual; GIVE BACK MEDIA, LLC, a George limited liability company; et al.,<br><br>DEFENDANT(S) | CASE NUMBER:<br>2:19-cv-07934-DMG-SK<br><br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** |

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

## SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Shanen Reid Prout                                        CA Bar Number: 236137

Firm or agency:  Weinberg Gonser LLP

Address: 10866 Wilshire Blvd., Suite 1650, Los Angeles, CA 90024

Telephone Number:  (424) 239-2850                    Fax Number:   (424) 238-3060

E-mail: shanen@weinberg-gonser.com

Counsel of record for the following party or parties: Plaintiff Arya Toufanian

Other members of the same firm or agency also seeking to withdraw:  Lee Michael Weinberg; Bryan Bitzer



American LegalNet, Inc.
www.FormsWorkFlow.com

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Lawrence J. Hilton                                   CA Bar Number: 156524

Firm or agency: One LLP

Address: 23 Corporate Plaza, Ste. 150-105, Newport Beach, CA 92660-2517

Telephone Number: 949-502-2876              Fax Number:  949-258-5081

E-mail: lhilton@onellp.com

## SECTION III - SIGNATURES

### *Withdrawing Attorney*

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date:  03/17/2022                              Signature:

Name:    Shanen R. Prout

### *New Attorney (if applicable)*

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date:  03/17/2022                              Signature:

Name:    Lawrence J. Hilton

### *Party Represented by Withdrawing Attorney*

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date:  3/28/2022                              Signature:

Name:    Arya Toufanian

Title:    ___