UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-7934-DMG (SSx) | Date | April 22, 2022 |
| Title | *Arya Toufanian v. Kyle Oreffice et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR COUNSEL'S FAILURE TO COMPLY WITH COURT'S SCHEDULING AND CASE MANAGEMENT ORDER [49, 75]**

On October 12, 2021, the Court issued a Scheduling and Case Management Order ("CMO") setting an April 19, 2022 deadline for the parties' pretrial submissions. [Doc. # 49.] Plaintiff's current counsel substituted into this case on March 29 and April 14, 2022. [Doc. ## 67, 68.] According to a declaration and supporting exhibits submitted by Plaintiff's counsel, he submitted draft pretrial documents for defense counsel's review on April 18, 2022, which was late. [Doc. # 75.] Defense counsel Robert Tauler responded: "Sorry I am on vacation for the next two weeks. I won't be able to work on this. The conference should have occurred several weeks ago." [Doc. # 75-1 at 2.] Accordingly, Plaintiff's counsel unilaterally filed his pretrial documents. [*See* Doc. ## 70-74, 76.] Absent jointly submitted pretrial documents compliant with the CMO, this case is not trial ready.

Given the foregoing, the parties' counsel are hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned for their failure to timely cooperate in the filing of pretrial documents that were due on April 19, 2022. Plaintiff's counsel's recent substitution into the case is no excuse for disregarding court-ordered deadlines or, at least seeking an extension of time to comply with the requirement to meet and confer with opposing counsel. And Defense counsel's vacation is no excuse for failing to even inquire about the timely submission of pretrial documents since he obviously knew about the conflict between his planned vacation and the court deadlines in advance and did nothing to reconcile the two. Counsel's responses shall be filed by no later than **May 6, 2022.**

**IT IS SO ORDERED**.

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk KT |