LAWRENCE J. HILTON (Bar No. 156524)
Email: lhilton@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Joseph D. Sibley IV (Admitted *Pro Hac Vice*)
Email: sibley@camarasibley.com
**CAMARA & SIBLEY LLP**
1108 Lavaca St, Ste 110263
Austin, TX 78701
Telephone: (713) 966-6789
Facsimile: (713) 583-1131

Attorneys for Plaintiff,
ARYA TOUFANIAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ARYA TOUFANIAN,<br><br>Plaintiff,<br><br>v.<br><br>KYLE OREFFICE, an individual; GIVE BACK MEDIA, LLC, a Georgia limited liability company; and DOES 1-10,<br><br>Defendants. | Case No. 2:19-cv-07934-DMG-SS<br>Hon. Dolly M. Gee<br><br>**DECLARATION OF SHANEN PROUT IN SUPPORT OF PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR COUNSEL'S FAILURE TO COMPLY WITH COURT'S SCHEDULING AND CASE MANAGEMENT ORDER (DKT. NO. 77)**<br><br><u>Final Pretrial Conference</u><br>Date:  May 10, 2022<br>Time:  2:00 p.m.<br>Crtrm: 8C<br><br><u>Trial</u><br>Date:  June 7, 2022<br>Time:  8:30 a.m.<br>Crtrm: 8C |

```
1  Lee M. Weinberg (Cal. SBN 131567)
2  lee@weinberg-gonser.com
   Shanen R. Prout, of counsel (Cal. SBN 236137)
3  shanen@weinberg-gonser.com
4  Bryan B. Bitzer (Cal. SBN 324301)
   bryan@weinberg-gonser.com
5  WEINBERG GONSER LLP
6  10866 Wilshire Blvd., Suite 1650
   Los Angeles, CA 90024
7  Phone: (424) 239-2850
8
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| ARYA TOUFANIAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KYLE OREFFICE, an individual; GIVE BACK MEDIA, LLC, a Georgia limited liability company; and DOES 1-10,<br><br>Defendants. | Case No. 2:19−cv−07934−DMG (SKx)<br><br>Assigned to the Hon. Dolly M. Gee<br>Courtroom 8C<br><br>**DECLARATION OF SHANEN PROUT FOR OSC RE COMPLIANCE WITH LOCAL RULE 16-2**<br><br>Case filed: September 12, 2019<br>Trial: June 7, 2022 |

I, Shanen R. Prout, declare as follows:

1. I am over the age of 18 and not a party to the above action. I am of counsel with Weinberg Gonser LLP, the former attorneys of record for plaintiff Arya Toufanian in the action. I have personal knowledge of the matters stated herein. If called as a witness, I could and would testify competently about those matters. I submit this declaration for the Court's OSC Re Compliance with Local Rule 16-2.

2. On several occasions during my involvement in the action defense counsel Robert Tauler was uncooperative in communicating with me and working jointly to file

- 1 -
DECLARATION OF SHANEN PROUT FOR OSC RE COMPLIANCE WITH LOCAL RULE 16-2

papers or conduct required meet and confers. Mr. Tauler often stated unprofessional comments to me about Mr. Toufanian, and on several occasions I asked Mr. Tauler to keep our communications courteous and professional. Attached hereto as **Exhibit 1** is a true copy of one such exchange that I had with Mr. Tauler.

3. As shown in Exhibit 1, in July of 2021, I wrote Mr. Tauler to inquire if his office would agree to submit a Local Rule 83-9.2 joint request to the Court for a ruling on the defendants' motion to dismiss the plaintiff's case that was pending at the time. As several months had passed without a ruling from the Court since the motion was briefed, I asked Mr. Tauler to meet his client's obligation under Rule 83-9.2. As can be seen in Exhibit 1, however, Mr. Tauler steadfastly refused to do so, conveying several excuses for his intransigence, none of which had any legal support.

4. Not only did Mr. Tauler refuse to cooperate as required under the Local Rules, but he repeatedly called Mr. Toufanian names—four instances of "crybaby" in this exchange alone. In my telephone calls and e-mail exchanges with opposing counsel, he often called my client names and spoke ill about him.

5. As the Court is aware and has documented in its orders, on both of the defendants' motions to dismiss and their anti-SLAPP motion, defense counsel failed to conduct the required Local Rule 7-3 conference of counsel with my office regarding those motions.

6. I confirm that on September 9, 2021, I received from Mr. Tauler the e-mail attached as Exhibit "B" to the accompanying declaration of Joe Sibley, a copy of which I provided to Mr. Sibley.

7. Concerning the Local Rule 16-2 pre-trial conference of counsel, I believe that the deadlines in the rule were overlooked by my office and successor counsel for Plaintiff as our offices were in the process of transferring the file.

8. At no time did defense counsel ever contact Weinberg Gonser LLP to discuss the conference of counsel or to request our participation in pre-trial filings,

stipulations, or any other trial matter. Given my past communications with Mr. Tauler and his conduct, it is my belief that his failure to reach out was strategic and convenient to defendants. Defendants have repeatedly, but unsuccessfully, tried to avoid liability in this case on procedural grounds, rather than address the case's merits.

9. I apologize to the Court for the failure to meet the LR 16-2 deadlines and for any inconvenience this has caused the Court.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: May 5, 2022

Shanen R. Prout