# EXHIBIT 1

EXHIBIT 1
Page 4

**Shanen Prout**

**From:** Shanen Prout
**Sent:** Tuesday, July 13, 2021 2:55 PM
**To:** Robert Tauler
**Cc:** vsaryan@taulersmith.com; Luca Stein; Lee Weinberg; Bryan Bitzer
**Subject:** RE: Arya Toufanian v. Kyle Oreffice

**Follow Up Flag:** Follow up
**Flag Status:** Completed

Robert,

The Court is not violating any rule. You and the defendant are violating rules. You must know this by now. While before my e-mail today, I was unsure if you had ever read Local Rules 83-9, et al., you now have that rule in front of you. Please explain why you think LR 83-9.2 is voluntary, despite its clear language.

Please also explain why over the last 7+ months you have not once contacted us to ask that we submit a joint request for a decision on *your client's* motion?

**Shanen R. Prout**
Counsel
*Weinberg Gonser LLP*
10866 Wilshire Blvd., Ste. 1650
Los Angeles, CA 90024
Tel: (626) 590-1976
Fax: (310) 494-9382
www.weinberg-gonser.com

The information contained in this e-mail message, e-mail chain, and any attachments may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution, use or copying is strictly forbidden and may be prohibited by federal and state law. If you think that you have received this e-mail in error, please contact the original sender immediately at shanen@weinberg-gonser.com or by telephone, and delete all copies of this message and any attachments.

---

**From:** Robert Tauler <rtauler@taulersmith.com>
**Sent:** Tuesday, July 13, 2021 2:46 PM
**To:** Shanen Prout <shanen@weinberg-gonser.com>
**Cc:** vsaryan@taulersmith.com; Luca Stein <lstein@taulersmith.com>; Lee Weinberg <lee@weinberg-gonser.com>; Bryan Bitzer <Bryan@Weinberg-Gonser.com>
**Subject:** Re: Arya Toufanian v. Kyle Oreffice

Counsel,

You had better go back to the drawing board with all this "shall" nonsense. Why would a rule "require" a signature from me just so you can tell the Court it's taking too long for your clients liking? The Court can do what it wants when it wants to - doesn't need a signature from me.

I suspect the truth is that you are just too chicken to do a motion so you want me to buy your nonsense interpretation that I have to agree with you. I don't agree with you, and no one can force me to change my opinion. It's not happening buddy. Go make your motion and enjoy telling the Court that despite the delays of COVID-19, you believe that the Judge is violating FRCP 1 because Arya the Spoiled Crybaby "wants it now!"

Robert Tauler, Esq.

Tauler Smith LLP
626 Wilshire Blvd. Suite 510
Los Angeles, CA 90017
(310) 590-3927
www.taulersmith.com

On Jul 13, 2021, at 2:32 PM, Shanen Prout <shanen@weinberg-gonser.com> wrote:

Robert,

This e-mail confirms that in our meet and confer telephone call that transpired this morning you again refused to sign a joint request and you refused to authorize me to e-sign for you under the Local Rules. In other words, the defendant absolutely refuses, without any valid reason, to comply with the clear wording of Local Rule 83-9.2, which reads: "If the Court does not render and file its decision on a submitted matter within 120 days of submission, ***all counsel*** shall, within 130 days after the matter is submitted for decision, file with the Court a ***joint*** request that such decision be made without further delay."

You told me that Local Rule 83-9.2's use of "shall" does not import a duty for you to do anything. You suggested that I consult a dictionary to determine the true meaning of "shall." However, "[t]he Supreme Court adheres to the venerable principle of construction that the word 'shall' indicates that the action is ***mandatory***, *not optional or discretionary*." *Edwards v. Koehn* (CD Cal. Apr. 11, 2014, No. ED CV 14-390 VBF (VBK)) 2014 U.S.Dist.LEXIS 64104, at *7-9 (emphasis added), *quoting Sebelius v. Auburn Regional Med. Ctr*., 568 U.S. 145, 154 (2013) (referring to "the mandatory word 'shall'").

You also failed to cite any case or other legal authority that might grant the defendant discretion to ignore Local Rule 83-9.2. Further, you also confirmed that your client does not in fact want a timely ruling on his own motion to dismiss, because the present state of denying my client the opportunity to prosecute his claims is preferable. But that's not just or deferential to FRCP rule 1. And you have not attempted to argue otherwise.

I don't know why our court has not issued a decision on your motion, neither do you. There may be any number of reasons. I don't dispute that our court is busy, as it is all the time. But Local Rule 83-9.2 likely bakes in this concern, and you have not shown otherwise. The rule is the means for reminding the Court that a decision is due.

You mention vaguely that "Covid-19 rules" may impact the Local Rules and the matter at hand. I've done research and I'm not aware of any such pertinent rule changes. Again, as part of a good faith meet and confer process I invite you to consider pointing us to where you believe any Covid 19 rules suspended or augmented Local Rule 83-9.2. Throughout the pandemic the Court has been rendering decisions on civil motions; I don't think Covid-19 changed that. The Court's pandemic Continuity of Operations Plan expired on January 29, 2021, which is to say in part that for some time now the Court has been resuming normal pre-Covid operations. In fact, as you'll see from the Court's site, as of April 19, all courthouses in the Central District are now open for all civil litigation matters—that's been true since mid-April.

This concludes our meet & confer on this matter. The plaintiff has no choice but to either submit the "joint request" as a unilateral one or to file a motion to order the defendant to comply with the Local Rules. Please advise if you will be opposing a motion for any reason. That said, if you can present contrary legal authority to support your client's illogical intransigence, then we will certainly reconsider our request or motion.

Please advise the defendant of Local Rule 83-7 (Sanctions - Violation of Rule): "The violation of or failure to conform to any of these Local Rules may subject the offending party or counsel to: (a) monetary sanctions, if the Court finds that the conduct was willful, grossly negligent, or reckless; (b) the imposition of costs and attorneys' fees to opposing counsel, if the Court finds that the conduct rises to the level of bad faith and/or a willful disobedience of a court order; and/or (c) for any of the conduct specified in (a) and (b) above, such other sanctions as the Court may deem appropriate under the circumstances." Clearly, you and your client's conduct here is willful and in bad faith—imposing unnecessary waste of the Court and the plaintiff's time and resources.

Finally, as I mentioned on our call today, let's please refrain from the insults. I have always been courteous to you and have never used offensive or insulting language when speaking about you or Mr. Oreffice. I think we can agree that animosity is not productive to any resolution. If you will extend professionalism to me, I will continue to do the same.

Regards,

**Shanen R. Prout**
Counsel
*Weinberg Gonser LLP*
10866 Wilshire Blvd., Ste. 1650
Los Angeles, CA 90024
Tel: (626) 590-1976
Fax: (310) 494-9382
www.weinberg-gonser.com

The information contained in this e-mail message, e-mail chain, and any attachments may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution, use or copying is strictly forbidden and may be prohibited by federal and state law. If you think that you have received this e-mail in error, please contact the original sender immediately at shanen@weinberg-gonser.com or by telephone, and delete all copies of this message and any attachments.

---

**From:** Robert Tauler <rtauler@taulersmith.com>
**Sent:** Tuesday, July 13, 2021 10:28 AM
**To:** Shanen Prout <shanen@weinberg-gonser.com>
**Cc:** vsaryan@taulersmith.com; Luca Stein <lstein@taulersmith.com>; Lee Weinberg <lee@weinberg-gonser.com>; Bryan Bitzer <Bryan@Weinberg-Gonser.com>
**Subject:** Re: Arya Toufanian v. Kyle Oreffice

Mr. Sprout,

I apologize on your behalf that you got so upset that you just hung up on me. To summarize our call, I think the Judge has way more important things to do than to deal with Arya Toufanian the crybaby. It's not my fault you chose to litigate in what you called "the busiest court in the United States." You should have filed this somewhere else if timing was a concern. Your argument amounts to: "but I want it now!" This is not good enough given the workload of the federal bench right now.

I will not be signing anything telling the Court to get Arya the crybaby to the front of the queue. Tell your client to go suck on his thumb for a while longer.

On our call, I suggested you read the Court's COVID-19 rules and how those impacted the local rules. You said you would do so before filing your motion for "speedy justice" under FRCP 1. We will see how that goes over with the Court. You should have more awareness and respect.

Robert Tauler, Esq.

Tauler Smith LLP
626 Wilshire Blvd. Suite 510
Los Angeles, CA 90017
(310) 590-3927
www.taulersmith.com

On Jul 13, 2021, at 10:02 AM, Robert Tauler <rtauler@taulersmith.com> wrote:

Just left you a vm

Robert Tauler, Esq.
Tauler Smith LLP
626 Wilshire Blvd. Suite 510
Los Angeles, CA 90017
(310) 590-3927
www.taulersmith.com

On Jul 7, 2021, at 4:20 PM, Shanen Prout <shanen@weinberg-gonser.com> wrote:

Read the attached. Talk to you on Tuesday. Enjoy your vacation.

**Shanen R. Prout**
Counsel
*Weinberg Gonser LLP*
10866 Wilshire Blvd., Ste. 1650
Los Angeles, CA 90024
Tel: (626) 590-1976
Fax: (310) 494-9382
www.weinberg-gonser.com

The information contained in this e-mail message, e-mail chain, and any attachments may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution, use or copying is strictly forbidden and may be prohibited by federal and state law. If you think that you have received this e-mail in error, please contact the original sender immediately at shanen@weinberg-gonser.com or by telephone, and delete all copies of this message and any attachments.

---

**From:** Robert Tauler <rtauler@taulersmith.com>
**Sent:** Wednesday, July 7, 2021 4:13 PM
**To:** Shanen Prout <shanen@weinberg-gonser.com>
**Cc:** vsaryan@taulersmith.com; Luca Stein <lstein@taulersmith.com>; Lee Weinberg <lee@weinberg-gonser.com>; Bryan Bitzer <Bryan@Weinberg-Gonser.com>
**Subject:** Re: Arya Toufanian v. Kyle Oreffice

All of them? I'm on vacation!

Robert Tauler, Esq.
Tauler Smith LLP

626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
(213) 927-9270
www.taulersmith.com

On Wed, Jul 7, 2021 at 4:07 PM Shanen Prout <shanen@weinberg-gonser.com> wrote:

Whether Mr. Oreffice will obey the Local Rules, or will he force my client to seek relief from the court. Please read the Local Rules.

**Shanen R. Prout**

Counsel
*Weinberg Gonser LLP*
10866 Wilshire Blvd., Ste. 1650
Los Angeles, CA 90024
Tel: (626) 590-1976
Fax: (310) 494-9382

www.weinberg-gonser.com

The information contained in this e-mail message, e-mail chain, and any attachments may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution, use or copying is strictly forbidden and may be prohibited by federal and state law. If you think that you have received this e-mail in error, please contact the original sender immediately at shanen@weinberg-gonser.com or by telephone, and delete all copies of this message and any attachments.

---

**From:** Robert Tauler <rtauler@taulersmith.com>
**Sent:** Wednesday, July 7, 2021 4:05 PM
**To:** Shanen Prout <shanen@weinberg-gonser.com>
**Cc:** vsaryan@taulersmith.com; Luca Stein <lstein@taulersmith.com>; Lee Weinberg <lee@weinberg-gonser.com>; Bryan Bitzer <Bryan@Weinberg-Gonser.com>
**Subject:** Re: Arya Toufanian v. Kyle Oreffice

sure. what are we meeting and conferring about?

Robert Tauler, Esq.

Tauler Smith LLP

626 Wilshire Blvd., Suite 510

Los Angeles, CA 90017

(213) 927-9270

www.taulersmith.com

On Wed, Jul 7, 2021 at 4:01 PM Shanen Prout <shanen@weinberg-gonser.com> wrote:

Tuesday, same time?

**Shanen R. Prout**

Counsel
*Weinberg Gonser LLP*
10866 Wilshire Blvd., Ste. 1650
Los Angeles, CA 90024
Tel: (626) 590-1976
Fax: (310) 494-9382

www.weinberg-gonser.com

The information contained in this e-mail message, e-mail chain, and any attachments may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution, use or copying is strictly forbidden and may be prohibited by federal and state law. If you think that you have received this e-mail in error, please contact the original sender immediately at shanen@weinberg-gonser.com or by telephone, and delete all copies of this message and any attachments.

---

**From:** Robert Tauler <rtauler@taulersmith.com>
**Sent:** Wednesday, July 7, 2021 3:59 PM
**To:** Shanen Prout <shanen@weinberg-gonser.com>
**Cc:** vsaryan@taulersmith.com; Luca Stein <lstein@taulersmith.com>; Lee Weinberg <lee@weinberg-gonser.com>; Bryan Bitzer <Bryan@Weinberg-Gonser.com>
**Subject:** Re: Arya Toufanian v. Kyle Oreffice

I have oral argument that day in the Court of Appeals. How about we schedule something when we are both available?

Robert Tauler, Esq.

Tauler Smith LLP

626 Wilshire Blvd., Suite 510

Los Angeles, CA 90017

(213) 927-9270

www.taulersmith.com

On Wed, Jul 7, 2021 at 3:57 PM Shanen Prout <shanen@weinberg-gonser.com> wrote:

Let's do this coming Monday @ 10:00 am. I'll call you then and send over a calendar invite. Thanks.

I hope you have a good legal reason for ignoring the Local Rules. On your own client's motion no less. I assume Mr. Oreffice wants a ruling, no?

**Shanen R. Prout**

Counsel
*Weinberg Gonser LLP*
10866 Wilshire Blvd., Ste. 1650
Los Angeles, CA 90024
Tel: (626) 590-1976
Fax: (310) 494-9382

www.weinberg-gonser.com

The information contained in this e-mail message, e-mail chain, and any attachments may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution, use or copying is strictly forbidden and may be prohibited by federal and state law. If you think that you have received this e-mail in error, please contact the original sender immediately at shanen@weinberg-gonser.com or by telephone, and delete all copies of this message and any attachments.

---

**From:** Robert Tauler <rtauler@taulersmith.com>
**Sent:** Wednesday, July 7, 2021 3:52 PM
**To:** Shanen Prout <shanen@weinberg-gonser.com>
**Cc:** vsaryan@taulersmith.com; Luca Stein <lstein@taulersmith.com>; Lee Weinberg <lee@weinberg-gonser.com>; Bryan Bitzer <Bryan@Weinberg-Gonser.com>
**Subject:** Re: Arya Toufanian v. Kyle Oreffice

I am on vacation. How about next week sometime?

Robert Tauler, Esq.

Tauler Smith LLP

626 Wilshire Blvd., Suite 510

Los Angeles, CA 90017

(213) 927-9270

www.taulersmith.com

On Wed, Jul 7, 2021 at 3:46 PM Shanen Prout <shanen@weinberg-gonser.com> wrote:

> Robert,
>
> When are you available to meet and confer about this matter? I'm concerned that your office has not read the Local Rules. Please do so. It appears your client wants to force us to file a totally unnecessary motion.
>
> **Shanen R. Prout**
>
> Counsel
> *Weinberg Gonser LLP*
> 10866 Wilshire Blvd., Ste. 1650
> Los Angeles, CA 90024
> Tel: (626) 590-1976
> Fax: (310) 494-9382
>
> www.weinberg-gonser.com
>
> The information contained in this e-mail message, e-mail chain, and any attachments may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution, use or copying is strictly forbidden and may be prohibited by federal and state law. If you think that you have received this e-mail in error, please contact the original sender immediately at shanen@weinberg-gonser.com or by telephone, and delete all copies of this message and any attachments.

**From:** Robert Tauler <rtauler@taulersmith.com>
**Sent:** Wednesday, July 7, 2021 3:24 PM
**To:** Shanen Prout <shanen@weinberg-gonser.com>
**Cc:** vsaryan@taulersmith.com; Luca Stein <lstein@taulersmith.com>; Lee Weinberg <lee@weinberg-gonser.com>; Bryan Bitzer <Bryan@Weinberg-Gonser.com>
**Subject:** Re: Arya Toufanian v. Kyle Oreffice

Shanen,

I'm not in the business of telling federal judges what to do. We won't be signing anything like what you suggest and I would encourage you to simply be patient here. Federal judges are busy doing things like putting away drug cartels for lifetimes in prison, as well as applying complicated laws like the Sherman Act and the Copyright Act to the modern economy. You shouldn't be surprised that a rich kid crybaby with thin skin isn't at the top of any federal docket. The Judge will order when she orders.

Alternatively, you can just dismiss your case voluntarily and try your luck in state court. You will probably get more face time there anyways.

Robert Tauler, Esq.

Tauler Smith LLP

626 Wilshire Blvd., Suite 510

Los Angeles, CA 90017

(213) 927-9270

www.taulersmith.com

On Wed, Jul 7, 2021 at 11:54 AM Shanen Prout <shanen@weinberg-gonser.com> wrote:

Hi Robert,

Hope this finds you doing well.  We need to push this case forward.  To that end, please see the attached Joint Request and let me know if you have any changes or if you approve of my filing.  Please advise by COB on Thursday.  Keep in mind the Local Rules require the parties to jointly file this document.  It is not optional.

Shanen

**Shanen R. Prout**

Counsel
*Weinberg Gonser LLP*
10866 Wilshire Blvd., Ste. 1650
Los Angeles, CA 90024
Tel: (626) 590-1976
Fax: (310) 494-9382

www.weinberg-gonser.com

The information contained in this e-mail message, e-mail chain, and any attachments may be privileged, confidential and protected from disclosure.  If you are not the intended recipient, any dissemination, distribution, use or copying is strictly forbidden and may be prohibited by federal and state law.  If you think that you have received this e-mail in error, please contact the original sender immediately at shanen@weinberg-gonser.com or by telephone, and delete all copies of this message and any attachments.

<Joint request for decision on defendant's motion to dismiss, v.1.docx>