1 | Robert Tauler (SBN 241964)
rtauler@taulersmith.com
2 | Valerie Saryan (SBN 297115)
vsaryan@taulersmith.com
3 | Tauler Smith, LLP
626 Wilshire Boulevard, Suite 510
4 | Los Angeles, California 90017
Tel: (310) 590-3927
5 |
6 | *Attorneys for Defendants*
Kyle Oreffice and Give Back Media, LLC
7 |
8 |
9 | **UNITED STATES DISTRICT COURT**
10 | **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**
11 |
12 | ARYA TOUFANIAN, an individual,
            Plaintiff,
13 |
            vs.
14 |
   | KYLE OREFFICE, an individual,
15 | GIVE BACK MEDIA, LLC, a Georgia
   | limited liability company; and DOES
16 | 1-10,
17 |
            Defendants.
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

Case No. 2:19-cv-07934-DMG-SS

**DECLARATION OF ROBERT TAULER IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR COUNSEL'S FAILURE TO COMPLY WITH COURT'S SCHEDULING AND CASE MANAGEMENT ORDER [DKT. 77]**

i

### <u>DECLARATION OF ROBERT TAULER</u>

I, Robert Tauler declare:

1.      I am counsel of record for Defendants in the present action. The facts set forth in this Declaration are true of my own knowledge, and if called upon to testify, I could and would testify as thereto.

2.      Since this case was filed on September 12, 2019, Plaintiff failed to conduct any depositions and failed to respond to Defendants' document requests, did not bother to oppose Defendants' motion to compel production of documents, and did not pay Defendants' attorneys' fees by the Court's ordered deadline.

3.      After Defendants' motion to compel requesting sanctions for Plaintiff's failure to participate in the case, the parties began settlement discussions.

4.      On January 21, 2022, the parties participated in a mediation. Since that date, the parties negotiated settlement terms that both parties agreed to, and counsel for both parties drafted a settlement agreement and related documents. There was no reason to waste money or time on pretrial materials given the settlement agreement documents were almost finalized.

5.      Before the settlement agreement was executed, on January 28, 2022, the Court ordered Plaintiff to pay Defendants' attorneys' fees in relation to Defendants' motion to compel. Plaintiff was ordered to pay Defendants by February 4, 2022, however, Plaintiff did not comply with this Court Order.

6.      On or around February 7, 2022, I informed Plaintiff of his failure to comply with the Court Order to pay fees. At my insistence, Plaintiff paid the Court-ordered fees, and Plaintiff's counsel, Mr. Shanen Prout, stopped all communications with me on or around that day. Attached hereto as **Exhibit C** is  a true and correct copy of an email thread between myself and Mr. Prout dated February 7, 2022 inquiring about Plaintiff's failure to comply with the Court's ordered deadline, and asking for the overdue payment.

DECLARATION OF TAULER                          2:19-cv-07934-DMG-SS

7.     Mr. Prout (now Plaintiff's predecessor counsel), did not communicate with me at any point after February 7, 2022. At this time, I reasonably believed that Plaintiff was not interested in prosecuting the case.

8.     New local counsel of record, Mr. Larry Hilton, filed a notice of appearance on March 29, 2022. Mr. Prout, withdrew representation on March 29, never informed me that he was withdrawing representation. I awaited Plaintiff's new counsel to reach out and apprise me of what was happening with the settlement discussions, but substitute counsel Mr. Hilton never contacted me or my office at any time since appearing as counsel of record. Mr. Sibley applied to appear *pro hac vice* on April 12, 2022. I again awaited new *pro hac vice* counsel or local counsel to reach out, but they did not.

9.     I did not hear from new counsel until April 18, 2022, the day before the pretrial filings were due pursuant to the Court's Scheduling and Case Management Order ("CMO"), when Plaintiff's new *pro hac vice* counsel, Mr. Joseph Sibley, contacted me for the first time. Plaintiff's counsel's email introduced Plaintiff's new *pro hac vice* counsel and local counsel to us for the first time. Attached hereto as **Exhibit A** is a true and correct copy of an email from Mr. Sibley to myself and co-counsel, dated April 18, 2022.

10.     Mr. Sibley attached Plaintiff's drafts of three pretrial materials—Plaintiff's joint statement of the case, witness list, and exhibit list—and asked me to "get back to me on this by tonight with your inclusions on these materials." Mr. Sibley also wrote, "I'll send you a draft of jury instructions / pretrial order later today," but Mr. Sibley never sent these documents to me at any time.

11.     The email from Mr. Sibley did not ask us to "meet and confer" or have a phone call about the pretrial materials.

12.     Plaintiff's counsel did not provide any excuse or reason as to why he did not reach out sooner, why he waited until the day prior to the April 19th deadline to send the draft joint statement of the case, witness list, and exhibit list, or why he was not providing any of the other pretrial materials that Plaintiff filed on April 19.

2

DECLARATION OF TAULER                                    2:19-cv-07934-DMG-SS

13.     I responded to Mr. Sibley's email immediately, saying I would soon be on vacation, and pointing out that "The conference should have occurred several weeks ago," and that the deadline to meet and confer under L.R. 16-2 was March 31, 2022. Attached hereto as **Exhibit B** is a true and correct copy of two successive emails from myself to Mr. Sibley, both dated April 18, 2022.

14.     Plaintiff's counsel did not request to meet and confer about the pretrial materials after this email, and did not mention any of Plaintiff's plans to file additional pretrial materials.

15.     On April 19, 2022, Plaintiff unilaterally filed seven separate documents, without Defendants' input, discussion, and/or notice, in violation of the CMO and Local Rule 16-2.

16.     Prior to Plaintiff's filing on April 19, 2022, I never saw or discussed in any way *any* of these unilaterally filed pretrial materials, with the exception of the trial exhibit list, which Mr. Sibley emailed the day prior.

17.     Plaintiff did not meet and confer in person, by phone or by email forty days prior to the May 10th Final Pretrial Conference [March 31, 2022]. Plaintiff did not attempt to meet and confer at any time before filing any of the April 19th pretrial materials.

18.     Plaintiff did not disclose or exchange the proposed jury instructions and special verdict forms by the March 17th deadline (or at any time thereafter before filing), and did not allow us anytime to serve objections.

19.     Plaintiff did not disclose to me by March 31 (or anytime thereafter) Plaintiff's Memorandum of Contentions of Fact and Law, proposed Final Pretrial Conference Order, exhibit list, witness list, or proposed voir dire questions before filing them on April 19.

20.     I did not refuse to cooperate with the disclosure of pretrial materials because I did not know that Plaintiff was filing any of the pretrial materials until either April 18 [when Plaintiff disclosed his exhibit list, witness list, and statement of the case] or April

DECLARATION OF TAULER                    2:19-cv-07934-DMG-SS

19 [after all the pretrial materials were filed]. Consequently, we were deprived of the 18 days provided by the CMO and L.R. 16-2 to work on Defendants' portion to the three materials.

21.    I never refused to cooperate in the filing of joint pretrial materials or in any meet and confers. Plaintiff's counsel never requested to meet and confer on any of the pretrial materials Plaintiff filed on April 19th, or on anything else required by the CMO or L.R. 16-2.

22.    Plaintiff's counsel never asked to meet and confer, and I never denied a request to meet and confer.

23.    Plaintiff's counsel has never raised the topic of trial to me or my office prior to April 18, the day before all pretrial materials were due to be filed.

24.    Plaintiff did not make any attempts to continue the settlement negotiations, even though the settlement terms were agreed to by both parties, the settlement agreement and ancillary documents were substantially drafted by Plaintiff's predecessor counsel and my office, and were on the brink of execution.  Plaintiff never communicated that settlement was foreclosed or Plaintiff's intent to proceed to trial.

25.    Although I regret not immediately reaching out to Plaintiff's new counsel, such that this filing could have been avoided, I could not have anticipated Plaintiff's dramatic change of course given the history of the case.


        I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  This declaration is executed on this 6th day of May, 2022, at Los Angeles, California.


_____
                Robert Tauler

DECLARATION OF TAULER                                        2:19-cv-07934-DMG-SS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certified that I served the foregoing document on all parties of record by through the Court's CM/ECF system:

DATED: May 6, 2022                      TAULER SMITH LLP

By:   */s/ Robert Tauler*
Robert Tauler, Esq.
*Attorneys for Defendants*
*Kyle Oreffice and Give Back*
*Media, LLC*

5

# EXHIBIT A

5/5/22, 1:48 PM                          Tauler Smith LLP Mail - Toufanian v. Oreffice et al. (Trial Materials)



Valerie Saryan <vsaryan@taulersmith.com>

## Toufanian v. Oreffice et al. (Trial Materials)

**Joe Sibley** <sibley@camarasibley.com>                              Mon, Apr 18, 2022 at 9:04 AM
To: rtauler@taulersmith.com, vsaryan@taulersmith.com
Cc: Larry Hilton <lhilton@onellp.com>

Robert and Valerie,

Nice to meet you.  I'm copying Larry Hilton here, our local counsel.

I'm attaching our draft of the Joint Statement, Witness List, and Exhibit List for trial for your review/inclusion.  Below is a link to our proposed trial exhibits.

https://www.dropbox.com/sh/g4uat1n4fftoqbv/AAAHJrVux559h0hjGkwk_0NUa?dl=0

If you could get back to me on this by tonight with your inclusions on these materials that would be great, so we can prepare these for filing tomorrow.

I'll send you a draft of jury instructions / pretrial order later today.

Larry and I look forward to working with you both.

Best,

Joe

---

**3 attachments**

 **OREFfICE(WITNESSLIST).docx**
77K

 **OREFfICE(EXHIBITLIST).docx**
82K

**OREFfICE(AGREEDSTATEMENTCASE).docx**
76K

# EXHIBIT B



Valerie Saryan <vsaryan@taulersmith.com>

---

## Toufanian v. Oreffice et al. (Trial Materials)

**Robert Tauler** <rtauler@taulersmith.com>                     Mon, Apr 18, 2022 at 9:13 AM
To: Joe Sibley <sibley@camarasibley.com>
Cc: vsaryan@taulersmith.com, Larry Hilton <lhilton@onellp.com>, Luca Stein <lstein@taulersmith.com>, Daniela Kimble <dkimble@taulersmith.com>

   March 31st was the deadline.  I advise you to review the local rules before giving me any homework.


   Robert Tauler, Esq.
   Tauler Smith LLP
   626 Wilshire Blvd., Suite 510
   Los Angeles, CA 90017
   (213) 927-9270
   www.taulersmith.com


   On Apr 18, 2022, at 9:10 AM, Robert Tauler <rtauler@taulersmith.com> wrote:


   Sorry I am on vacation for the next two weeks.  I won't be able to work on this.  The conference should have occurred several weeks ago.


   Robert Tauler, Esq.
   Tauler Smith LLP
   626 Wilshire Blvd., Suite 510
   Los Angeles, CA 90017
   (213) 927-9270
   www.taulersmith.com


      On Apr 18, 2022, at 9:04 AM, Joe Sibley <sibley@camarasibley.com> wrote:


      Robert and Valerie,

      Nice to meet you.  I'm copying Larry Hilton here, our local counsel.

      I'm attaching our draft of the Joint Statement, Witness List, and Exhibit List for trial for your review/inclusion.  Below is a link to our proposed trial exhibits.

      https://www.dropbox.com/sh/g4uat1n4fftoqbv/AAAHJrVux559h0hjGkwk_0NUa?dl=0

      If you could get back to me on this by tonight with your inclusions on these materials that would be great, so we can prepare these for filing tomorrow.

      I'll send you a draft of jury instructions / pretrial order later today.

      Larry and I look forward to working with you both.

      Best,

      Joe

**3 attachments**

 **OREFfICE(WITNESSLIST).docx**
77K

 **OREFfICE(EXHIBITLIST).docx**
82K

**OREFfICE(AGREEDSTATEMENTCASE).docx**
76K

# EXHIBIT C

 Gmail

Valerie Saryan <vsaryan@taulersmith.com>

## Activity in Case 2:19-cv-07934-DMG-SK Arya Toufanian v. Kyle Oreffice et al Order on Motion for Attorney Fees

**Shanen Prout** <shanen@weinberg-gonser.com>                Mon, Feb 7, 2022 at 9:21 AM
To: Robert Tauler <rtauler@taulersmith.com>
Cc: Lee Weinberg <lee@weinberg-gonser.com>, Bryan Bitzer <Bryan@weinberg-gonser.com>, Valerie Saryan <vsaryan@taulersmith.com>, Daniela Kimble <dkimble@taulersmith.com>

Cool your jets.  We'll get back to you today.


**Shanen R. Prout**

Counsel
*Weinberg Gonser LLP*
10866 Wilshire Blvd., Ste. 1650
Los Angeles, CA 90024
Tel: 626-590-1976
Fax: 424-238-3060

www.weinberg-gonser.com


The information contained in this e-mail message, e-mail chain, and any attachments may be privileged, confidential and protected from disclosure.  If you are not the intended recipient, any dissemination, distribution, use or copying is strictly forbidden and may be prohibited by federal and state law.  If you think that you have received this e-mail in error, please contact the original sender immediately at shanen@weinberg-gonser.com or by telephone, and delete all copies of this message and any attachments.

---

**From:** Robert Tauler <rtauler@taulersmith.com>
**Sent:** Monday, February 7, 2022 9:20 AM
**To:** Shanen Prout <shanen@weinberg-gonser.com>
**Cc:** Lee Weinberg <lee@weinberg-gonser.com>; Shanen Prout <shanen@srplawyer.com>; Bryan Bitzer <Bryan@Weinberg-Gonser.com>; Valerie Saryan <vsaryan@taulersmith.com>; Daniela Kimble <dkimble@taulersmith.com>
**Subject:** Re: Activity in Case 2:19-cv-07934-DMG-SK Arya Toufanian v. Kyle Oreffice et al Order on Motion for Attorney Fees


OK, so when should I expect payment?



Robert Tauler, Esq.

Tauler Smith LLP

626 Wilshire Blvd., Suite 510

Los Angeles, CA 90017

(213) 927-9270

www.taulersmith.com


On Feb 7, 2022, at 8:53 AM, Shanen Prout <shanen@weinberg-gonser.com> wrote:


Rob,

I'm not sure where you picked up that my client, not our firm, was unwilling to comply with the court's order.  That would be a deliberate misreading of my e-mail.


**Shanen R. Prout**

Counsel
*Weinberg Gonser LLP*
10866 Wilshire Blvd., Ste. 1650
Los Angeles, CA 90024
Tel: 626-590-1976
Fax: 424-238-3060

www.weinberg-gonser.com


The information contained in this e-mail message, e-mail chain, and any attachments may be privileged, confidential and protected from disclosure.  If you are not the intended recipient, any dissemination, distribution, use or copying is strictly forbidden and may be prohibited by federal and state law.  If you think that you have received this e-mail in error, please contact the original sender immediately at shanen@weinberg-gonser.com or by telephone, and delete all copies of this message and any attachments.

---

**From:** Robert Tauler <rtauler@taulersmith.com>
**Sent:** Monday, February 7, 2022 8:49 AM
**To:** Shanen Prout <shanen@weinberg-gonser.com>
**Cc:** Lee Weinberg <lee@weinberg-gonser.com>; Shanen Prout <shanen@srplawyer.com>; Bryan Bitzer <Bryan@Weinberg-Gonser.com>; Valerie Saryan <vsaryan@taulersmith.com>; Daniela Kimble <dkimble@taulersmith.com>
**Subject:** Re: Activity in Case 2:19-cv-07934-DMG-SK Arya Toufanian v. Kyle Oreffice et al Order on Motion for Attorney Fees


Hi Shanen,


I understand you may be trying to settle the case, but this doesn't change the fact that the Court ordered you to pay our client's fees, and that the money was due last Friday.   It sounds from your email that you do not intend to comply with the Court Order.  If you are willfully disobeying a Court Order, there are serious consequences to that.  I prefer to avoid this additional trouble, but we would have no choice if your position is that you do not need to comply because the case may settle at some point.


Please confirm your position in writing to me no later than close of business today and we will proceed accordingly.   I am also free by telephone if you prefer to discuss.

Robert Tauler, Esq.

Tauler Smith LLP

626 Wilshire Blvd., Suite 510

Los Angeles, CA 90017

(213) 927-9270

www.taulersmith.com


On Mon, Feb 7, 2022 at 8:19 AM Shanen Prout <shanen@weinberg-gonser.com> wrote:

Rob,


As you know, the draft settlement agreement contains ███████████.  If we need to update the agreement to
have ██████████, please let me know.

Thank you,


**Shanen R. Prout**

Counsel
*Weinberg Gonser LLP*
10866 Wilshire Blvd., Ste. 1650
Los Angeles, CA 90024
Tel: 626-590-1976
Fax: 424-238-3060

www.weinberg-gonser.com


The information contained in this e-mail message, e-mail chain, and any attachments may be privileged, confidential and
protected from disclosure.  If you are not the intended recipient, any dissemination, distribution, use or copying is strictly
forbidden and may be prohibited by federal and state law.  If you think that you have received this e-mail in error, please contact
the original sender immediately at shanen@weinberg-gonser.com or by telephone, and delete all copies of this message and any
attachments.

---

**From:** Robert Tauler <rtauler@taulersmith.com>
**Sent:** Monday, February 7, 2022 8:16 AM
**To:** Shanen Prout <shanen@weinberg-gonser.com>; Lee Weinberg <lee@weinberg-gonser.com>; Shanen Prout
<shanen@srplawyer.com>; Bryan Bitzer <Bryan@Weinberg-Gonser.com>; Valerie Saryan <vsaryan@taulersmith.com>;
Daniela Kimble <dkimble@taulersmith.com>
**Subject:** Fwd: Activity in Case 2:19-cv-07934-DMG-SK Arya Toufanian v. Kyle Oreffice et al Order on Motion for Attorney
Fees


Counsel,

My office never received payment for the Court Ordered sanctions, which were due last Friday.
Could you let me know when we can expect to receive that?   I have copied my assistant who could
provide wire details if this will streamline the process for you.


Thank you,


Robert Tauler, Esq.

Tauler Smith LLP

626 Wilshire Blvd., Suite 510

Los Angeles, CA 90017

(213) 927-9270

www.taulersmith.com


---------- Forwarded message ---------
From: <cacd_ecfmail@cacd.uscourts.gov>
Date: Fri, Jan 28, 2022 at 3:51 PM
Subject: Activity in Case 2:19-cv-07934-DMG-SK Arya Toufanian v. Kyle Oreffice et al Order on Motion for Attorney Fees
To: <noreply@ao.uscourts.gov>

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail
box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a
case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law
or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document
during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 1/28/2022 at 3:50 PM PST and filed on 1/28/2022

Case Name:        Arya Toufanian v. Kyle Oreffice et al

Case Number:      2:19-cv-07934-DMG-SK

Filer:

Document Number: 65

Docket Text:
**ORDER GRANTING IN PART DEFENDANTS' MOTION FOR ATTORNEY'S FEES [62] by
Magistrate Judge Steve Kim. Within seven days of this order, Plaintiff Arya Toufanian is**

**ordered to pay Defendants' reasonable attorney's fees in the amount of $14,733.00. (SEE ORDER FOR DETAILS). (clee)**

**2:19-cv-07934-DMG-SK Notice has been electronically mailed to:**

Valerie Ani Saryan      vsaryan@taulersmith.com

Bryan Bitzer      bryan@weinberg-gonser.com

Shanen Reid Prout      shanen@weinberg-gonser.com, shanen@srplawyer.com

Linda Guthmann Krieger      ai@kriegerlaw.com, mj@kriegerlaw.com, lgk@kriegerlaw.com

Lee Michael Weinberg      lee@weinberg-gonser.com

Robert Tauler      vsaryan@taulersmith.com, lstein@taulersmith.com, rtauler@taulersmith.com

**2:19-cv-07934-DMG-SK Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**