LAWRENCE J. HILTON (Bar No. 156524)
Email: lhilton@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Joseph D. Sibley IV (Admitted *Pro Hac Vice*)
Email: sibley@camarasibley.com
**CAMARA & SIBLEY LLP**
1108 Lavaca St, Ste 110263
Austin, TX 78701
Telephone: (713) 966-6789
Facsimile: (713) 583-1131

Attorneys for Plaintiff,
ARYA TOUFANIAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ARYA TOUFANIAN,<br><br>Plaintiff,<br><br>v.<br><br>KYLE OREFFICE, an individual; GIVE BACK MEDIA, LLC, a Georgia limited liability company; and DOES 1-10,<br><br>Defendants. | Case No. 2:19-cv-07934-DMG-SS<br>Hon. Dolly M. Gee<br><br>**JOINT STIPULATION TO CONTINUE TRIAL DATE**<br><br>**[PROPOSED ORDER SUBMITTED CONCURRENTLY HEREWITH]**<br><br><u>Current Trial Date</u><br>Date:    June 7, 2022<br>Time:   8:30 a.m.<br>Crtrm:  8C<br><br><u>Proposed Continued Trial Date:</u><br>Date:    November 14, 2022<br>Time:   8:30 a.m.<br>Crtrm:  8C |

**JOINT STIPULATION TO CONTINUE TRIAL DATE**

1     WHEREAS, on October 12, 2021, this Court entered its Scheduling and Case Management Order setting a jury trial in this matter to commence on June 7, 2022 at 8:30 a.m. and Final Pretrial Conference for May 10, 2022 at 2:00 p.m. (Dkt. No. 49);

    WHEREAS, the Parties appeared for a Final Pretrial Conference on May 10, 2022, at which point it was clear that the Parties were not ready for trial; and

    WHEREAS, on May 10, 2022, the Court entered an order directing the Parties to file a Stipulation to Continue the Trial (Dkt. No. 81);

    THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel for the respective Parties that that the jury trial date be continued to November 14, 2022 at 8:30 a.m., and counsel for the Parties request that the Court enter an order approving this Stipulation, continuing the trial date, and setting a Final Pretrial Conference date relative to the new trial date.

    IT IS SO STIPULATED.

Dated: May 20, 2022     **ONE LLP**

By: /s/ Lawrence J. Hilton
      Lawrence J. Hilton
      Attorneys for Plaintiff,
      ARYA TOUFANIAN

Dated: May 20, 2022     **TAULER SMITH LLP**

By: /s/ Valerie Ani Saryan
      Valerie Ani Saryan
      Robert Tauler
      Attorneys for Defendants,
      KYLE OREFFICE and GIVE BACK
      MEDIA, LLC

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(2)(i)**

Pursuant to Local Rule 5-4.3.4(2)(i), I, Lawrence J. Hilton, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By: /s/ Lawrence J. Hilton
Lawrence J. Hilton