# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ARYA TOUFANIAN, | Case No. CV 19-7934-DMG (SKx) |
| Plaintiff, | **ORDER CONTINUING TRIAL DATE [82]** |
| v. | |
| KYLE OREFFICE, an individual; GIVE BACK MEDIA, LLC, a Georgia limited liability company; and DOES 1-10, | |
| Defendants. | |

1   The Court, having read and considered the parties' Joint Stipulation to
2  Continue the Trial Date, and good cause appearing, HEREBY ORDERS that the
3  trial date is continued to Tuesday, **November 15, 2022 at 8:30 a.m.** in Courtroom
4  8C of the above-captioned court.  The Court further sets a Final Pretrial Conference
5  for October 18, 2022 at 2:00 p.m.  The deadline for the Parties' pretrial filings is
6  September 27, 2022.  The opposition to any motions *in limine* is due by October 4,
7  2022.
8   The parties shall comply with the Court's Scheduling and Case Management
9  Order [Doc. # 49], except to the extent modified herein.
10 IT IS SO ORDERED.

12 DATED: May 26, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

2