UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARYA TOUFANIAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KYLE OREFFICE, an individual; GIVE BACK MEDIA, LLC, a Georgia limited liability company; and DOES 1-10,<br><br>　　　　Defendants. | Case No. CV 19-7934-DMG (SSx)<br><br>**ORDER CONTINUING LR 16 MEETING OF COUNSEL BEFORE FINAL PRETRIAL CONFERENCE [84]** |

The Court, having read and considered the parties' Joint Stipulation to Continue the LR 16 Pretrial Meeting of Counsel, and good cause appearing,

IT IS HEREBY ORDERED that the last date for counsel to meet and confer pursuant to LR 16 is hereby continued to September 16, 2022.

DATED: September 9, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE