1
2
3
4
5
6
7
8
9
10          **UNITED STATES DISTRICT COURT**
11          **CENTRAL DISTRICT OF CALIFORNIA**
12

| 13 | ARYA TOUFANIAN, | Case No. CV 19-7934-DMG (SSx) |
|---|---|---|
| 14 | Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) [88]** |
| 15 | | |
| 16 | v. | |
| 17 | KYLE OREFFICE, an individual; GIVE BACK MEDIA, LLC, a Georgia limited liability company; and DOES 1-10, | |
| 18 | | |
| 19 | | |
| 20 | Defendants. | |

21
22
23
24
25
26
27
28

1  Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the
2  above-captioned action, including all claims brought by Plaintiff against
3  Defendants, is dismissed with prejudice, with the parties to bear their own costs and
4  attorneys' fees.

6  DATED: October 6, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE